Judge 4819
Mag. _____
Journal _____
Issue _____
Docketed _Ph_

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EASTSIDE LINCOLN MERCURY, INC., et al.,

    Plaintiffs,

vs.

FORD MOTOR COMPANY, et al.,

    Defendants.

Case No. C-1-01-567

(Judge Dlott)

*Granted Susan J. Dlott 9/3/03*

**DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs filed a Memorandum opposing these Defendants' Motion for Summary Judgment which was served upon Defendants' counsel on the 19th of August 2003. The memorandum filed by Plaintiffs is 67 pages in length and is supported by 28 exhibits, several hundred pages in length. Counsel for Plaintiffs, Larry Flemer, has indicated to defense counsel no opposition to this request.

Wherefore, Defendants Kenwood Dealer Group, Inc. and Robert C. Reichert respectfully request this Court grant an extension of time within which to file its response to Plaintiffs' Memorandum in Opposition to their Motion for Summary Judgment up to and including September 10, 2003.

Respectfully submitted,

_____
Steven D. Hengehold   (0030134)
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
(513) 381-9200
(513) 381-9206 - Facsimile
Attorney for Defendants, Kenwood Dealer Group, Inc. and Robert C. Reichert

