**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Eastside Lincoln Mercury, et al.** | : | |
| Plaintiffs, | : | Case No. C-1-01-567 |
| v. | : | Judge Dlott |
| **Ford Motor Company, et al.,** | : | |
| Defendants. | : | |

**NOTICE OF FILING DEPOSITIONS**

Please take notice that Defendants Ford Motor Company, Jerry Carter, and A.W. Walls have filed the following depositions:

John E. Csernotta, 3/24/03
Tim Fisher, 3/20/03, *filed under seal*
Robert B. Huser, 4/2/03
Eugene Mullins, 6/25/03
Jerry Mullins, 4/2/03
Allen Walls, 3/13/03

Respectfully submitted,

/s/ Elizabeth A. McNellie
Elizabeth A. McNellie (0046534)
Baker & Hostetler LLP
65 East State St., Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (fax)

Trial Attorney for Defendants
Ford Motor Company, Jerry Carter, and A.W. Walls

OF COUNSEL:
George W. Hairston (0030507)
R. Gregory Smith (0071493)
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon the following by United States mail, postage prepaid, on this 17th day of September, 2003.

| | |
|---|---|
| Alan J. Statman, Esq.<br>Gregory Berberich, Esq.<br>Statman, Harris, Seigel & Eyrich, LC<br>2900 Chemed Center<br>255 E. Fifth Street<br>Cincinnati, Ohio 45202<br><br>Attorneys of Plaintiffs<br>Eastside Lincoln Mercury, Inc. and<br>William Woeste, Jr. | Steven D. Hengehold, Esq.<br>James J. Englert, Esq.<br>Rendigs, Fry, Kiely & Dennis LLP<br>Fourth & Vine Tower, Suite 900<br>Cincinnati, Ohio 45202<br><br>Attorneys for Defendants Robert C. Reichert and<br>Kenwood Dealer Group, Inc. |

/s/ Elizabeth A. McNellie
Elizabeth A. McNellie