IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EASTSIDE LINCOLN MERCURY, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv567-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| FORD MOTOR COMPANY, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon plaintiff's motion for leave to identify expert (Doc. 37) and defendants' motion to file sur-reply to motion for leave to identify expert (Doc. 47). On September 29, 2003, this Court met with the attorneys of record. Based upon such conference the motion for leave to identify expert (Doc. 37) is hereby DENIED and the motion to file sur-reply to motion for leave to identify expert (Doc. 47) is hereby DENIED as MOOT.

At the conference, the Court also amended the scheduling order in this case as follows:

1. Plaintiff has until October 15, 2003 to supplement report of Roger Bean.

2. Defendant has until October 30, 2003 to depose Roger Bean.

3. Defendants shall supplement their pending motions for summary judgment by November 21, 2003.

4. Plaintiff shall file their response to the defendants supplemental(s) on or before December 5, 2003.

5. The parties shall submit ex parte letters not exceeding five pages to the Court as to their position on settlement no later than December 15, 2003.

6. A settlement conference shall be held in Chambers on Friday, December 19, 2003 at 9:30 a.m.

7. The current Final Pretrial Conference is hereby VACATED.

8. The jury trial in this case is hereby RESET to April 19, 2004.

IS SO ORDERED.

                                ___s/Susan J. Dlott_____
                                Susan J. Dlott
                                United States District Judge