FILED
KENNETH J. MURPHY
CLERK

03 OCT 30 PM 3:42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **EASTSIDE LINCOLN MERCURY, et al.** | : | |
| **Plaintiffs,** | : | Case No. C-1-01-567 |
| v. | : | District Judge Susan J. Dlott |
| **FORD MOTOR COMPANY, et al.** | : | **SUPPLEMENTAL RULE 26 DISCLOSURES OF PLAINTIFFS** |
| **Defendants.** | : | |

Come now the Plaintiffs, Eastside Lincoln Mercury, Inc. and William Woeste, Jr., by and through counsel, and for their supplemental disclosures pursuant to the Court's Order of October 1, 2003 state as follows:

The supplemental report of Roger M. Bean, CPA, dated October 15, 2003 and served on all counsel that date, is attached hereto in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Gregory J. Berberich*
Gregory J. Berberich (0043651)

Statman, Harris, Siegel & Eyrich, LLC

2900 Chemed Center

Cincinnati, Ohio 45202

(513) 621-2666

(513) 621-4896 (fax)

Trial Attorney for Plaintiffs

**OF COUNSEL:**

Loula Fuller, Esq.

Myers & Fuller, P.A.

402 Office Plaza Drive

Tallahessee, Florida 32301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Supplemental Rule 26 Disclosures of Plaintiffs has been sent by regular U.S. Mail, postage pre-paid to Elizabeth A. McNellie, Attorney for Defendants, Baker & Hostetler, LLP, 65 East State Street, Suite 2100, Columbus, Ohio 43215-4260 and Steven D. Hengehold, Rendigs, Fry, Kiely & Dennis LLP, Fourth & Vine Tower, Suite 900, Cincinnati, Ohio 45202-3688 this 30th day of October 30, 2003.

_____
Gregory J. Berberich