**Eastside Lincoln Mercury**
**Damage Calculation**

**Warranty Audit Results**                                              <u>Exhibit I</u>

| Period Covered by Audit | Estimated Dollar Volume of Warranty Sales By Eastside | Ford's Original Claimed Disallowance | Ford's Final Disallowance | Final % of Disallowances To Total |
|---|---|---|---|---|
| 11-1-96 to 04-30-97 | 484,501 | 8,222.69 | 6,362.65 | 1.31% |
| 10-14-97 to 07-14-98 | 573,237 | 21,400.00 | 2,675.00 | 0.47% |
| 11-25-98 to 08-25-99 | 376,042 | 2,359.00 | 2,359.00 | 0.63% |
| 02-29-00 to 01-30-01 | 469,888 | 5,973.00 | 5,973.00 | 1.27% |
|  | 1,903,667 | 37,954.69 | 17,369.65 | 0.91% |

Notes

Actual Warranty Sales Per Eastside Lincoln Mercury Dealer Financial statements

| Time Frame | Dollars | Prorated $ for audit period |
|---|---|---|
| Calendar 1996 | 1,099,192 |  |
| Calendar 1997 | 903,908 | 484,501 |
| Calendar 1998 | 710,626 | 573,237 |
| Calendar 1999 | 475,234 | 376,042 |
| Calendar 2000 | 517,288 | 469,888 |
| Calendar 2001 | 465,774 |  |



Eastside Lincoln Mercury Trend Lines on Service, Parts and Warranty Sales- Exhibit II

**Eastside Lincoln Mercury**
**Damage Calculation**                                        EXHIBIT III

**Dollar Volume and Percentage Increase**

**Competitors Warranty Sales Volume**

| Calendar Year | Other Lincoln Mercury Dealers Sales and % Change Note 1 | | Other Ford & Lincoln Mercury Dealers % Change Note 2 |
|---|---|---|---|
| 1998 | $ 2,374,586 | | |
| 1999 | $ 2,188,180 | -7.85% | |
| 2000 | $ 2,516,356 | 15.00% | 19.80% |
| 2001 | $ 3,953,296 | 57.10% | 46.20% |
| 2002 | $ 3,149,832 | -20.32% | -25.50% |
| 2003 | | | -26.70% |

Note 1- Warranty sales dollars from dealer financials for Kings, Dixon/Fairfield, Fryson/Ridgeview, Northgate, and Wyler/Stillpass. Data for 2002 is annualized using results through April 2002.

Note 2 - Per Ford Management Reporting System results for Region 47, Market A-1, representing 20 Ford and Lincoln Mercury dealers in the Cincinnati region. Data not available for 1999. 2003 data through April 30, 2003.

**Eastside Lincoln Mercury**
**Damage Calculation**                                    <u>Exhibit IV</u>

**Lost Warranty Volume**

<u>Eastside Lincoln Mercury Data</u>
<u>Per Dealership Financial Statements</u>

| Calendar Year | Sales | Gross Profit Percentage | Service Dept Variable Selling Expense as a % of Gross Profit | Note 1 Factor Applied to Sales Volume | Increase (Decline) In Sales Volume | Revised Annual Sales Volume | Impact on Gross Profit Net of Selling Expenses | Damage Using Lowest Annual Loss |
|---|---|---|---|---|---|---|---|---|
| 1998 | 710,626 | 47.00% | | | | | | |
| 1999 | 475,234 | 48.00% | 21.31% | -7.85% | 179,608 | 654,842 | 67,840 | 67,840 |
| 2000 | 517,288 | 45.00% | 22.38% | 15.00% | 235,780 | 753,068 | 82,356 | 82,356 |
| 2001 | 465,774 | 44.00% | 21.38% | 57.10% | 717,296 | 1,183,070 | 248,133 | |
| 2002 | 492,573 | 43.00% | 17.50% | -20.32% | 450,097 | 942,670 | 159,672 | |
| 2003 *Note 3* | 446,607 | 45.00% | 20.38% | -26.70% | 244,370 | 690,977 | <u>87,555</u> | |
| TOTAL | | | | | | | <u>645,556</u> | |

<u>Eastside Lincoln Mercury Data</u>
<u>Per Dealership Financial Statements</u>

| Calendar Year | Sales | Gross Profit Percentage | Service Dept Variable Selling Expense as a % of Gross Profit | Note 2 Factor Applied to Sales Volume | Increase (Decline) In Sales Volume | Revised Annual Sales Volume | Impact on Gross Profit Net of Selling Expenses | |
|---|---|---|---|---|---|---|---|---|
| 1998 | 710,626 | 47.00% | | | | | | |
| 1999 | 475,234 | 48.00% | 21.31% | -7.85% | 179,608 | 654,842 | 67,840 | |
| 2000 | 517,288 | 45.00% | 22.38% | 19.80% | 267,213 | 784,501 | 93,335 | |
| 2001 | 465,774 | 44.00% | 21.38% | 46.20% | 681,166 | 1,146,940 | 235,634 | 235,634 |
| 2002 | 492,573 | 43.00% | 17.50% | -25.50% | 361,897 | 854,470 | 128,383 | 128,383 |
| 2003 | 446,607 | 45.00% | 20.38% | -26.70% | 179,720 | 626,327 | <u>64,392</u> | <u>64,392</u> |
| TOTAL | | | | | | | <u>589,584</u> | <u>578,605</u> |

Note One  1999 to 2001 Factor derived from reported results from direct Lincoln Mercury competitors in the Cincinnati area.
          2002 factor is annualized results from same competitors using their results through April 2002.
          2003 factor is from Ford reports for Region 47, Market A-1, all Ford and Lincoln Mercury dealers
Note Two  1999 Factor from competitors reported results.
          2000 to 2002 factor is from Lincoln Mercury Division reports for Region 47, Market A-1, all Ford and Lincoln Mercury dealers
          2003 factor is annualized figure from Ford reports through April 2003.
Note Three 2003 data for ELM is annualized data derived from actual results through August 31, 2003

**Eastside Lincoln Mercury**
**Damage Calculation**

Exhibit V

**Anticipated Loss From Carryover Impact of Warranty Audits on 2004**

| | |
|---|---:|
| Loss incurred in 2003, per Exhibit IV | 64,392 |
| Anticipated 2004 loss from carryover impact of warranty audits | 64,392 |
| Discount factor at 4% to state future loss as of December 31, 2003 | (1,374) |
| Loss as of December 31, 2003 | 63,018 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Cost of Warranty Audits**                    **Exhibit VI**

| Warranty Period | Date of Audit | Amount |
|---|---|---|
| 11-12-98 to 08-25-99 | 10/20/1999 | 2,359 |
| 02-29-00 to 01-30-01 | 4/9/2001 | 5,973 |
| | | 8,332 |

**Eastside Lincoln Mercury**
**Personnel Statistics 10-01-03**                    **Exhibit VII**
**Provided By Management**

|  | calendar year 1999 | | calendar year 2000 | | calendar year 2001 | | calendar year 2002 | |
|---|---|---|---|---|---|---|---|---|
|  | Chevy | Eastside | Chevy | Eastside | Chevy | Eastside | Chevy | Eastside |
| Owner | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Gen Manager | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| New Manager | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Used Manager | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Service Manager | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Parts Manager | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| F & I Manager | 2 | 1 | 1 | 0 | 1 | 0 | 2 | 0 |
| Salespeople | 10 | 6 | 10 | 6 | 7 | 6 | 11 | 6 |
| Service Advisors | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Parts Counter | 3 | 2 | 3 | 2 | 2 | 2 | 2 | 2 |
| Parts Driver | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Technicians | 9 | 11 | 9 | 11 | 9 | 11 | 9 | 11 |
| Lot Techs/Porters | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Clerical | 7 | 4 | 4 | 4 | 4 | 3 | 4 | 5 |
| Detail Shop | 0 | 3 | 0 | 3 | 3 | 3 | 0 | 3 |

|  | Estimated Calendar 2003 | |
|---|---|---|
|  | Chevy | Eastside |
| Owner | 1 | 1 |
| Gen Manager | 1 | 1 |
| New Manager | 1 | 1 |
| Used Manager | 1 | 1 |
| Service Manager | 1 | 1 |
| Parts Manager | 1 | 1 |
| F & I Manager | 1 | 0 |
| Salespeople | 12 | 7 |
| Service Advisors | 3 | 3 |
| Parts Counter | 2 | 2 |
| Parts Driver | 0 | 1 |
| Technicians | 9 | 11 |
| Lot Techs/Porters | 2 | 4 |
| Clerical | 4 | 5 |
| Detail Shop | 0 | 3 |

Eastside Lincoln Mercury
Damage Calculation

Exhibit VIII

Expense Savings Associated With Dualed Facility

| | | For the Calendar year ended December 31 | | | | Estimated Annual | YTD |
|---|---|---|---|---|---|---|---|
| | | 1999 | 2000 | 2001 | 2002 | 2003 | 8/31/2003 |
| ***Actual Expense per ELM Financial Statements*** | | | | | | | |
| Dept Managers | | | | | | | |
| New | | 60,973 | 54,036 | 63,302 | 74,807 | 98,940 | 65,960 |
| Used | | 39,335 | 39,687 | 26,649 | 83,003 | 80,957 | 53,971 |
| Service | | 84,640 | 49,389 | 45,705 | 58,975 | 62,916 | 41,944 |
| Parts | | 40,071 | 38,374 | 38,649 | 45,590 | 44,630 | 29,753 |
| F & I | | 30,519 | 13,377 | 8,816 | 4,856 | 5,438 | 3,625 |
| Other Salaries | | | | | | | |
| New | | 79,096 | 86,354 | 107,056 | 55,623 | 42,866 | 28,577 |
| Used | | 51,840 | 56,041 | 63,083 | 38,086 | 21,024 | 14,016 |
| Service | | 232,515 | 241,139 | 253,675 | 220,785 | 264,924 | 176,616 |
| Parts | | 90,770 | 95,332 | 95,295 | 82,503 | 76,326 | 50,884 |
| Admin | | 16,306 | 27,763 | 51,299 | 55,753 | 59,912 | 39,941 |
| | | | | | | | |
| P/R taxes and Benefits | | 189,518 | 180,463 | 174,101 | 169,051 | 198,702 | 132,468 |
| General Manager | | 81,431 | 75,000 | 75,289 | 102,885 | 106,934 | 71,289 |
| Rent & equiv | | 219,410 | 218,317 | 216,191 | 220,087 | 209,645 | 139,763 |
| Utilities | | 27,333 | 26,521 | 29,451 | 28,594 | 28,322 | 18,881 |
| Data processing | | 92,594 | 100,292 | 97,107 | 106,767 | 99,999 | 66,666 |
| Telephone | | 23,276 | 33,496 | 33,545 | 29,366 | 28,671 | 19,114 |

| ***Savings Calculation*** | Factor | 1999 | 2000 | 2001 | 2002 | 2003 | |
|---|---|---|---|---|---|---|---|
| Department Managers | | | | | | | |
| General Manager | Eliminated | 81,431 | 75,000 | 75,289 | 102,885 | 106,934 | |
| New manager | Retained | 0 | 0 | 0 | 0 | 0 | |
| Used Manager | Retained | 0 | 0 | 0 | 0 | 0 | |
| Service Manager | Eliminated | 84,640 | 49,389 | 45,705 | 58,975 | 62,916 | |
| Parts Manager | Eliminated | 40,071 | 38,374 | 38,649 | 45,590 | 44,630 | |
| F & I Manager | Eliminated | 30,519 | 0 | 0 | 0 | 0 | |
| Other personnel | | | | | | | |
| New Department | 60% eliminated | 47,458 | 51,812 | 64,234 | 33,374 | 25,719 | |
| Used Department | 60% eliminated | 31,104 | 33,625 | 37,850 | 22,852 | 12,614 | |
| Parts Department | 25% eliminated | 22,693 | 23,833 | 23,824 | 20,626 | 19,082 | |
| Service Department | 20% eliminated | 46,503 | 48,228 | 50,735 | 44,157 | 52,985 | |
| Administrative | 50% eliminated | 8,153 | 13,882 | 25,650 | 27,877 | 29,956 | |
| P/R Taxes and Benefits at 20% | | 78,514 | 66,828 | 72,387 | 71,267 | 70,967 | |
| Utilities | 33% Eliminated | 9,020 | 8,752 | 9,719 | 9,436 | 9,346 | |
| Rent & Equivalent | Eliminated | 219,410 | 218,317 | 216,191 | 220,087 | 209,645 | |
| Data Processing & Phone | 10% Eliminated | 11,587 | 13,379 | 13,065 | 13,613 | 12,867 | |
| | | | | | | | |
| Pay raises for remaining personnel to recognize new responsibilities | | -20,000 | -25,000 | -30,000 | -35,000 | -40,000 | |
| Carrying cost of new facility at 8% of cost | | -52,000 | -52,000 | -52,000 | -52,000 | -52,000 | |
| Carrying costs for new furniture at 8% of cost | | -8,000 | -8,000 | -8,000 | -8,000 | -8,000 | |
| Rent paid to new landlord | | -3,500 | -3,500 | -3,500 | -3,500 | -3,500 | |
| Operating costs of new facility | | -20,000 | -20,000 | -20,000 | -20,000 | -20,000 | |
| | | | | | | | ***TOTAL*** |
| Net Savings From Dualing Facilities | | 607,602 | 532,918 | 559,797 | 552,238 | 534,159 | 2,786,715 |

**Eastside Lincoln Mercury**
**Damage Calculation**

Exhibit IX

**Future Losses Associated With Inability to Dual Operations**

| | |
|---|---|
| Calculated loss for 2003, per Exhibit VIII | 534,159 |
| Anticipated loss for 2004, same as calculated for 2003 | 534,159 |
| Anticipated loss for 2005, same as calculated for 2003 | 534,159 |
| Anticipated loss for 2006, same as calculated for 2003 | 534,159 |
| Subtotal | 1,602,478 |
| Less discount at 4% per annum to discount to December 31, 2003 | (94,789) |
| Loss as of December 31, 2003 | 1,507,689 |

**Eastside Lincoln Mercury**
**Damage Calculation**

Cost of Lincoln Premier Upgrades                                                    Exhibit X

| Service Provided | Date of Service | Vendor Name | Cost | Subtotal By year |
|---|---|---|---|---|
| Painting of exterior of facility | November 3, 2000 | Baynum Painting | 8,210.00 | |
| Repair of doors on facility | November 2, 2000 | Overhead Door | 4,373.62 | 12,583.62 |
| Restoration/cleaning of block | May 2, 2001 | Shelton Construction | 1,600.00 | 1,600.00 |
| Showroom renovation | July 23, 2002 | JTF Construction | 21,350.00 | |
| Showroom renovation | September 26, 2002 | JTF Construction | 39,284.00 | |
| Showroom furniture | October 31, 2002 | Installation & Facilities Resources | 23,159.94 | |
| Showroom window tinting | September 12, 2002 | Solar Technology | 1,364.26 | |
| Clean up and repair for inspections | Various | Eastside Personnel (232 hrs @ $ 15) | 3,480.00 | 88,638.20 |
| TOTAL | | | 102,821.82 | |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XI**

### Cost of Holding Honda Facility Due to Denial of Dualing Opportunity

| Cost Considered | Date Placed In Use | Cost |
|---|---|---|
| Land Improvements | 3/19/2001 | 120,275 |
| New Showroom | 12/1/2000 | 337,969 |
| New Showroom | 3/19/2001 | 422,057 |
| Subtotal | | 880,300 |

| | | |
|---|---|---|
| Calculated loss associated with inability to recover costs incurred in the sale of the facility- at 80% | | 704,240 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XII**

**Lost Lincoln Premier Bonus Money**

| Customer Name | Deal # | Date | VIN # | Dollars |
|---|---|---|---|---|
| Bergstrom | 202402 | 8/26/00 | 1L1Y602794 | 513.06 |
| Garascia | 202433 | 8/31/00 | 1L1Y604680 | 497.81 |
| Welch | 202530 | 9/28/00 | 1L1Y620150 | 497.81 |
| Jennings | 202549 | 9/30/00 | 1M1A608709 | 269.13 |
| Swisshelm | 202654 | 11/2/00 | 2M1X620937 | 285.06 |
| Clark | 202669 | 11/13/00 | 1L1Y616737 | 497.81 |
| Minning | 202678 | 11/16/00 | 1L1Y608802 | 552.00 |
| Ross | 202699 | 11/27/00 | 1L1Y620057 | 497.81 |
| Oaks | 202701 | 11/28/00 | 1L1Y603872 | 552.43 |
| Player | 202717 | 12/4/00 | 4M1UJ06724 | 376.50 |
| Althawadi | 202727 | 12/8/00 | 1M1A616611 | 269.13 |
| Ferguson | 202728 | 12/9/00 | 1L1Y643572 | 526.13 |
| Hartman | 202726 | 12/11/00 | 1L1Y623412 | 497.81 |
| Noggle | 202739 | 12/14/00 | 1L1Y635826 | 415.38 |
| 1st Natl Bank | 202745 | 12/19/00 | 1L1Y662604 | 552.44 |
| Hilltop research | 202752 | 12/21/00 | 1L1Y662709 | 552.44 |
| Frer | 202756 | 12/23/00 | 1M1A612650 | 269.81 |
| Haywood | 202764 | 12/27/00 | 1L1Y627955 | 497.81 |
| Briggs | 202767 | 12/28/00 | 1L1Y663251 | 497.81 |
| | | | | 8,618.18 |

Eastside Lincoln Mercury
Damage Calculation
Deliveries of Lincoln Navigator
August 24, 1999 to October 31, 1999

Exhibit XIII

### DAILY SCHEDULE RELEASES

| Date | KINGS | EASTSIDE | NORTHGATE |
|---|---|---|---|
| 08/24/1999 | | | |
| 08/25/1999 | | | |
| 08/26/1999 | 1 | | |
| 08/27/1999 | | | |
| 08/28/1999 | | | |
| 08/29/1999 | | | |
| 08/30/1999 | 1 | | |
| 08/31/1999 | | | |
| 09/01/1999 | | | |
| 09/02/1999 | | | |
| 09/03/1999 | 1 | | |
| 09/04/1999 | | | |
| 09/05/1999 | | | |
| 09/06/1999 | | | |
| 09/07/1999 | 1 | | |
| 09/08/1999 | 1 | | |
| 09/09/1999 | | | 1 |
| 09/10/1999 | | | |
| 09/11/1999 | | | |
| 09/12/1999 | | | |
| 09/13/1999 | 3 | | 1 |
| 09/14/1999 | | | |
| 09/15/1999 | | | |
| 09/16/1999 | | | |
| 09/17/1999 | | 1 | |
| 09/18/1999 | | | |
| 09/19/1999 | | | |
| 09/20/1999 | | | 1 |
| 09/21/1999 | | | |
| 09/22/1999 | | | |
| 09/23/1999 | | | |
| 09/24/1999 | 2 | | |
| 09/25/1999 | 2 | | |
| 09/26/1999 | | | |
| 09/27/1999 | | | |
| 09/28/1999 | | | |
| 09/29/1999 | | | |
| 09/30/1999 | | | |
| 10/01/1999 | | | |
| 10/02/1999 | | | |
| 10/03/1999 | | | |
| 10/04/1999 | | | |
| 10/05/1999 | | 1 | 2 |
| 10/06/1999 | | | |
| 10/07/1999 | | 1 | |
| 10/08/1999 | | 1 | 1 |
| 10/09/1999 | 2 | | |
| 10/10/1999 | 3 | | |
| 10/11/1999 | | | |
| 10/12/1999 | 1 | | |
| 10/13/1999 | | | |
| 10/14/1999 | | 1 | 1 |
| 10/15/1999 | | | |
| 10/16/1999 | 1 | | |
| 10/17/1999 | | | |
| 10/18/1999 | | | |
| 10/19/1999 | | | |
| 10/20/1999 | | | |
| 10/21/1999 | | 2 | |
| 10/22/1999 | 1 | | |
| 10/23/1999 | | | 1 |
| 10/24/1999 | | | |
| 10/25/1999 | | | |
| 10/26/1999 | | | 1 |
| 10/27/1999 | | 1 | |
| 10/28/1999 | | | |
| 10/29/1999 | 1 | | |
| 10/30/1999 | 2 | | |
| 10/31/1999 | 1 | | |

### ACCUMULATED SCHEDULE RELEASES

| | Date | Eastside | Northgate | Kings |
|---|---|---|---|---|
| 1.00 | 08/24/1999 | 0 | 0 | 0 |
| 2.00 | 08/25/1999 | 0 | 0 | 0 |
| 3.00 | 08/26/1999 | 0 | 0 | 1 |
| 4.00 | 08/27/1999 | 0 | 0 | 1 |
| 5.00 | 08/28/1999 | 0 | 0 | 1 |
| 6.00 | 08/29/1999 | 0 | 0 | 1 |
| 7.00 | 08/30/1999 | 0 | 0 | 2 |
| 8.00 | 08/31/1999 | 0 | 0 | 2 |
| 9.00 | 09/01/1999 | 0 | 0 | 2 |
| 10.00 | 09/02/1999 | 0 | 0 | 2 |
| 11.00 | 09/03/1999 | 0 | 0 | 3 |
| 12.00 | 09/04/1999 | 0 | 0 | 3 |
| 13.00 | 09/05/1999 | 0 | 0 | 3 |
| 14.00 | 09/06/1999 | 0 | 0 | 3 |
| 15.00 | 09/07/1999 | 0 | 0 | 4 |
| 16.00 | 09/08/1999 | 0 | 0 | 5 |
| 17.00 | 09/09/1999 | 0 | 1 | 5 |
| 18.00 | 09/10/1999 | 0 | 1 | 5 |
| 19.00 | 09/11/1999 | 0 | 1 | 5 |
| 20.00 | 09/12/1999 | 0 | 1 | 5 |
| 21.00 | 09/13/1999 | 0 | 2 | 8 |
| 22.00 | 09/14/1999 | 0 | 2 | 8 |
| 23.00 | 09/15/1999 | 0 | 2 | 8 |
| 24.00 | 09/16/1999 | 0 | 2 | 8 |
| 25.00 | 09/17/1999 | 1 | 2 | 8 |
| 26.00 | 09/18/1999 | 1 | 2 | 8 |
| 27.00 | 09/19/1999 | 1 | 2 | 8 |
| 28.00 | 09/20/1999 | 1 | 3 | 8 |
| 29.00 | 09/21/1999 | 1 | 3 | 8 |
| 30.00 | 09/22/1999 | 1 | 3 | 8 |
| 31.00 | 09/23/1999 | 1 | 3 | 8 |
| 32.00 | 09/24/1999 | 1 | 3 | 10 |
| 33.00 | 09/25/1999 | 1 | 3 | 12 |
| 34.00 | 09/26/1999 | 1 | 3 | 12 |
| 35.00 | 09/27/1999 | 1 | 3 | 12 |
| 36.00 | 09/28/1999 | 1 | 3 | 12 |
| 37.00 | 09/29/1999 | 1 | 3 | 12 |
| 38.00 | 09/30/1999 | 1 | 3 | 12 |
| 39.00 | 10/01/1999 | 1 | 3 | 12 |
| 40.00 | 10/02/1999 | 1 | 3 | 12 |
| 41.00 | 10/03/1999 | 1 | 3 | 12 |
| 42.00 | 10/04/1999 | 1 | 3 | 12 |
| 43.00 | 10/05/1999 | 2 | 5 | 12 |
| 44.00 | 10/06/1999 | 2 | 5 | 12 |
| 45.00 | 10/07/1999 | 3 | 5 | 12 |
| 46.00 | 10/08/1999 | 4 | 6 | 12 |
| 47.00 | 10/09/1999 | 4 | 6 | 14 |
| 48.00 | 10/10/1999 | 4 | 6 | 17 |
| 49.00 | 10/11/1999 | 4 | 6 | 17 |
| 50.00 | 10/12/1999 | 4 | 6 | 18 |
| 51.00 | 10/13/1999 | 4 | 6 | 18 |
| 52.00 | 10/14/1999 | 5 | 7 | 18 |
| 53.00 | 10/15/1999 | 5 | 7 | 18 |
| 54.00 | 10/16/1999 | 5 | 7 | 19 |
| 55.00 | 10/17/1999 | 5 | 7 | 19 |
| 56.00 | 10/18/1999 | 5 | 7 | 19 |
| 57.00 | 10/19/1999 | 5 | 7 | 19 |
| 58.00 | 10/20/1999 | 5 | 7 | 19 |
| 59.00 | 10/21/1999 | 7 | 7 | 19 |
| 60.00 | 10/22/1999 | 7 | 7 | 20 |
| 61.00 | 10/23/1999 | 7 | 8 | 20 |
| 62.00 | 10/24/1999 | 7 | 8 | 20 |
| 63.00 | 10/25/1999 | 7 | 8 | 20 |
| 64.00 | 10/26/1999 | 7 | 9 | 20 |
| 65.00 | 10/27/1999 | 8 | 9 | 20 |
| 66.00 | 10/28/1999 | 8 | 9 | 20 |
| 67.00 | 10/29/1999 | 8 | 9 | 21 |
| 68.00 | 10/30/1999 | 8 | 9 | 23 |
| 69.00 | 10/31/1999 | 8 | 9 | 24 |

Eastside Lincoln Mercury
Damage Calculation
Deliveries of Lincoln Model LS
May 1, 1999 to July 29, 1999

Exhibit XIV

| | DAILY SCHEDULE RELEASES | | | | ACCUMULATED SCHEDULE RELEASES | | |
|---|---|---|---|---|---|---|---|
| Date | KINGS | EASTSIDE | NORTHGATE | Date | Eastside | Northgate | Kings |
| 05/01/1999 | | | | 05/01/1999 | 0 | 0 | 0 |
| 05/02/1999 | | | | 05/02/1999 | 0 | 0 | 0 |
| 05/03/1999 | 2 | | | 05/03/1999 | 0 | 0 | 2 |
| 05/04/1999 | | 1 | 1 | 05/04/1999 | 1 | 1 | 2 |
| 05/05/1999 | | | | 05/05/1999 | 1 | 1 | 2 |
| 05/06/1999 | | 1 | | 05/06/1999 | 2 | 1 | 2 |
| 05/07/1999 | 2 | | | 05/07/1999 | 2 | 1 | 4 |
| 05/08/1999 | | | | 05/08/1999 | 2 | 1 | 4 |
| 05/09/1999 | | | | 05/09/1999 | 2 | 1 | 4 |
| 05/10/1999 | | | 1 | 05/10/1999 | 2 | 2 | 4 |
| 05/11/1999 | | | | 05/11/1999 | 2 | 2 | 4 |
| 05/12/1999 | | | | 05/12/1999 | 2 | 2 | 4 |
| 05/13/1999 | | | | 05/13/1999 | 2 | 2 | 4 |
| 05/14/1999 | | | | 05/14/1999 | 2 | 2 | 4 |
| 05/15/1999 | | | | 05/15/1999 | 2 | 2 | 4 |
| 05/16/1999 | | | | 05/16/1999 | 2 | 2 | 4 |
| 05/17/1999 | 1 | | | 05/17/1999 | 2 | 2 | 5 |
| 05/18/1999 | 2 | | | 05/18/1999 | 2 | 2 | 7 |
| 05/19/1999 | 1 | | | 05/19/1999 | 2 | 2 | 8 |
| 05/20/1999 | 1 | | | 05/20/1999 | 2 | 2 | 9 |
| 05/21/1999 | 1 | | | 05/21/1999 | 2 | 2 | 10 |
| 05/22/1999 | | | | 05/22/1999 | 2 | 2 | 10 |
| 05/23/1999 | | | | 05/23/1999 | 2 | 2 | 10 |
| 05/24/1999 | | | | 05/24/1999 | 2 | 2 | 10 |
| 05/25/1999 | | 1 | | 05/25/1999 | 3 | 2 | 10 |
| 05/26/1999 | 4 | | | 05/26/1999 | 3 | 2 | 14 |
| 05/27/1999 | | | | 05/27/1999 | 3 | 2 | 14 |
| 05/28/1999 | | | | 05/28/1999 | 3 | 2 | 14 |
| 05/29/1999 | | | | 05/29/1999 | 3 | 2 | 14 |
| 05/30/1999 | | | | 05/30/1999 | 3 | 2 | 14 |
| 05/31/1999 | | | | 05/31/1999 | 3 | 2 | 14 |
| 06/01/1999 | | | 1 | 06/01/1999 | 3 | 3 | 14 |
| 06/02/1999 | | | 2 | 06/02/1999 | 3 | 5 | 14 |
| 06/03/1999 | 1 | | | 06/03/1999 | 3 | 5 | 15 |
| 06/04/1999 | | | 1 | 06/04/1999 | 3 | 6 | 15 |
| 06/05/1999 | | | | 06/05/1999 | 3 | 6 | 15 |
| 06/06/1999 | 2 | | | 06/06/1999 | 3 | 6 | 17 |
| 06/07/1999 | 2 | 1 | | 06/07/1999 | 4 | 6 | 19 |
| 06/08/1999 | | | | 06/08/1999 | 4 | 6 | 19 |
| 06/09/1999 | | 1 | | 06/09/1999 | 5 | 6 | 19 |
| 06/10/1999 | | 2 | | 06/10/1999 | 7 | 6 | 19 |
| 06/11/1999 | | | | 06/11/1999 | 7 | 6 | 19 |
| 06/12/1999 | | | | 06/12/1999 | 7 | 6 | 19 |
| 06/13/1999 | | | | 06/13/1999 | 7 | 6 | 19 |
| 06/14/1999 | | | | 06/14/1999 | 7 | 6 | 19 |
| 06/15/1999 | 1 | | | 06/15/1999 | 7 | 6 | 20 |
| 06/16/1999 | | 1 | | 06/16/1999 | 8 | 6 | 20 |
| 06/17/1999 | 1 | 1 | 1 | 06/17/1999 | 8 | 7 | 21 |
| 06/18/1999 | 1 | 1 | | 06/18/1999 | 9 | 7 | 22 |
| 06/19/1999 | | | | 06/19/1999 | 9 | 7 | 22 |
| 06/20/1999 | | | | 06/20/1999 | 9 | 7 | 22 |
| 06/21/1999 | | | | 06/21/1999 | 9 | 7 | 22 |
| 06/22/1999 | | 1 | 1 | 06/22/1999 | 10 | 8 | 22 |
| 06/23/1999 | | | | 06/23/1999 | 10 | 8 | 22 |
| 06/24/1999 | 1 | 1 | 1 | 06/24/1999 | 11 | 9 | 23 |
| 06/25/1999 | | | | 06/25/1999 | 11 | 9 | 23 |
| 06/26/1999 | | | | 06/26/1999 | 11 | 9 | 23 |
| 06/27/1999 | | | | 06/27/1999 | 11 | 9 | 23 |
| 06/28/1999 | | | | 06/28/1999 | 11 | 9 | 23 |
| 06/29/1999 | | | | 06/29/1999 | 11 | 9 | 23 |
| 06/30/1999 | | | | 06/30/1999 | 11 | 9 | 23 |
| 07/01/1999 | | | | 07/01/1999 | 11 | 9 | 23 |
| 07/02/1999 | 1 | 1 | | 07/02/1999 | 12 | 9 | 24 |
| 07/03/1999 | | | | 07/03/1999 | 12 | 9 | 24 |
| 07/04/1999 | | | | 07/04/1999 | 12 | 9 | 24 |
| 07/05/1999 | | | | 07/05/1999 | 12 | 9 | 24 |
| 07/06/1999 | | | | 07/06/1999 | 12 | 9 | 24 |
| 07/07/1999 | | | | 07/07/1999 | 12 | 9 | 24 |
| 07/08/1999 | | | | 07/08/1999 | 12 | 9 | 24 |
| 07/09/1999 | | | | 07/09/1999 | 12 | 9 | 24 |
| 07/10/1999 | | | | 07/10/1999 | 12 | 9 | 24 |
| 07/11/1999 | | | | 07/11/1999 | 12 | 9 | 24 |
| 07/12/1999 | | | | 07/12/1999 | 12 | 9 | 24 |
| 07/13/1999 | | | | 07/13/1999 | 12 | 9 | 24 |
| 07/14/1999 | | | | 07/14/1999 | 12 | 9 | 24 |
| 07/15/1999 | | | | 07/15/1999 | 12 | 9 | 24 |
| 07/16/1999 | | | | 07/16/1999 | 12 | 9 | 24 |
| 07/17/1999 | | | | 07/17/1999 | 12 | 9 | 24 |
| 07/18/1999 | | | | 07/18/1999 | 12 | 9 | 24 |
| 07/19/1999 | | | | 07/19/1999 | 12 | 9 | 24 |
| 07/20/1999 | | 1 | | 07/20/1999 | 13 | 9 | 24 |
| 07/21/1999 | | | | 07/21/1999 | 13 | 9 | 24 |
| 07/22/1999 | 3 | | 2 | 07/22/1999 | 13 | 11 | 27 |
| 07/23/1999 | | 2 | | 07/23/1999 | 15 | 11 | 27 |
| 07/24/1999 | | | | 07/24/1999 | 15 | 11 | 27 |
| 07/25/1999 | | | | 07/25/1999 | 15 | 11 | 27 |
| 07/26/1999 | | 1 | | 07/26/1999 | 16 | 11 | 27 |
| 07/27/1999 | | | | 07/27/1999 | 16 | 11 | 27 |
| 07/28/1999 | | | | 07/28/1999 | 16 | 11 | 27 |
| 07/29/1999 | | | | 07/29/1999 | 16 | 11 | 27 |



EXHIBIT 15

New Model Year Lincoln Navigator Releases to Select Cincinnati Area Lincoln Mercury Dealerships

EXHIBIT 16

# New Model Year Lincoln LS Releases to Select Cincinnati Area Lincoln Mercury Dealerships



**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XVII**

**Lost Sales Volume Resulting From Preferential Delivery of Vehicles**

| Calendar Year | Lost unit sales by model of vehicle | | | | Total Lost Unit Sales |
|---|---|---|---|---|---|
| | Cougar | Navigator | Lincoln LS | Mountaineer | |
| 1999 | 20 | 8 | 6 | 9 | 43 |
| 2000 | 10 | 6 | 8 | 8 | 32 |
| 2001 | 8 | 5 | 5 | 6 | 24 |
| 2002 | 0 | 5 | 0 | 0 | 5 |
| Grand Total | | | | | 104 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XVIII**

**Analysis of Eastside Service Volume**

| Model Years Included | Delivery period | Service Period | Type of Sale | Number Of Vehicles Serviced | Number of RO'S Written | # Of RO's Written Per Vehicle |
|---|---|---|---|---|---|---|
| 2001 to 2002 | 01-01-01 to 12-31-02 | 01-01-01 to 12-31-02 | All | 139 | 852 | 6 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XIX**

**Service and Parts Department Analysis and Variable Selling Expenses**

| Calendar Year | Variable Selling Expense Stated in Dollars | | Gross Profit Dollars | | Variable Selling Expense as a % of Sales *Gross Profit* |
|---|---|---|---|---|---|
| | Service | Parts | Service | Parts | |
| 1999 | 178206 | 48095 | 724175 | 337896 | 21.31% |
| 2000 | 174858 | 41551 | 633655 | 333172 | 22.38% |
| 2001 | 160397 | 37674 | 606811 | 319742 | 21.38% |
| 2002 | 129479 | 31231 | 588763 | 329656 | 17.50% |

**Calculation of Gross Profit per RO Written**

| | RO'S Written Total All Categories | Gross profit Service & Parts | Average Gross Per RO |
|---|---|---|---|
| 2001 | 10677 | 926553 | 86.78 |
| 2002 | 9314 | 918419 | 98.61 |
| Average | | | 92.69 |

Note
Variable selling expense includes commissions, advertising, training, policy, service loaners, tools,
   supplies, freight, equipment and vehicle maintenance
Data taken from Eastside's dealership financial statements

Eastside Lincoln Mercury
Damage Calculation

**Lost Profits Associated With Missed Sales**                    Exhibit XX

| Calendar Year | Lost new Unit Sales In Units | Lost # Of RO's Per Lost Sale | Gross Profit per ELM Financials | | | Variable Selling Expenses As a % of Gross Profit | | Net Missed Profit |
|---|---|---|---|---|---|---|---|---|
| | | | Per New Unit Sale | F & I per New Unit | Service & Parts Per RO | New Car Department | Service & Parts Dept | |
| 1999 | 43 | 6 | 1,147.73 | 127.00 | 92.69 | 26.30% | 21.31% | 59,215 |
| 2000 | 32 | 6 | 1,102.33 | 93.00 | 92.69 | 23.50% | 22.38% | 43,075 |
| 2001 | 24 | 6 | 957.21 | 145.00 | 92.69 | 32.30% | 21.38% | 28,402 |
| 2002 | 5 | 6 | 705.72 | 110.00 | 92.69 | 46.00% | 17.50% | 4,497 |
| | | | | | | | TOTAL | 135,190 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XXI**

**Borrowing Costs Incurred Due to Lost Gross Profit, Increased Expenses and Inability to Dual Facilities**

**Damage calculated through December 31, 2003**

| Calendar Year | Savings Associated With | Amount of Savings | Interest Rate | Current Year Amount to Be Saved | Future Years Savings |
|---|---|---|---|---|---|
| 1999 | Denial of Permission to Dual Facilities | 607,602 | | | |
| 1999 | Lost Warranty Gross Profit | 67,840 | | | |
| 1999 | Lost Gross on Lost New Vehicle Sales | 59,215 | | | |
| | Subtotal | 734,657 | 8.00% | 29,386 | 128,565 |
| 2000 | Denial of Permission to Dual Facilities | 532,918 | | | |
| 2000 | Lost Warranty Gross Profit | 82,356 | | | |
| 2000 | Warranty Charge Backs | 2,359 | | | |
| 2000 | Lost LPE money | 8,618 | | | |
| 2000 | Cost of LPE Updates | 12,583 | | | |
| 2000 | Lost Gross on Lost New Vehicle Sales | 43,075 | | | |
| | Subtotal | 681,909 | 7.75% | 26,424 | 66,486 |
| 2001 | Denial of Permission to Dual Facilities | 559,797 | | | |
| 2001 | Lost Warranty Gross Profit | 235,634 | | | |
| 2001 | Warranty Charge Backs | 5,973 | | | |
| 2001 | Cost of LPE Updates | 1,600 | | | |
| 2001 | Lost Gross on Lost New Vehicle Sales | 28,402 | | | |
| | Subtotal | 831,406 | 3.75% | 15,589 | 49,884 |
| 2002 | Denial of Permission to Dual Facilities | 552,238 | | | |
| 2002 | Lost Warranty Gross Profit | 128,383 | | | |
| 2002 | Cost of LPE Updates | 88,638 | | | |
| 2002 | Lost Gross on Lost New Vehicle Sales | 4,497 | | | |
| | Subtotal | 773,756 | 3.00% | 11,606 | 23,213 |
| 2003 | Denial of Permission to Dual Facilities | 534,159 | | | |
| 2003 | Lost Warranty Gross Profit | 64,392 | | | |
| | Subtotal | 598,551 | 3.00% | 8,978 | 0 |
| | Grand Total | | | 91,984 | 268,148 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XXII**

### Comparison of Operating Results, Net Worth and Blue Sky Value

| | | Per Dealer Financial Statements | | | Blue Sky Paid by |
| --- | --- | :---: | :---: | :---: | :---: |
| **Operating Loss** | | **1998** | **1999** | **2000** | **Ford** |
| Dixon Lincoln Mercury | | 24,833 | (307,015) | Closed | 1,600,000 |
| Stillpass Lincoln Mercury | | (193,979) | (377,245) | Closed | |
| Wyler/Stillpass  Lincoln Mercury | Note 1 | | | (446,607) | 903,800 |
| Eastside Lincoln Mercury | | 50,246 | (209,215) | (290,339) | |

Note 1 - Combined results of Wyler\Stillpass through September 30, 2000

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XXIII**

**Pro Forma Eastside Financial Statements After Adjustment for Damages**

|  | 1999 | 2000 | Combined |
|---|---|---|---|
| As originally reported on the dealer financials | (219,083) | (290,339) | (509,422) |
| Adjust for | | | |
| 2000 Damaged Per Exhibit XXI | 734,657 | 0 | 734,657 |
| 2001 Damages per Exhibit XXI | 0 | 681,909 | 681,909 |
| Revised Operating Results- pretax | 515,574 | 391,570 | 907,144 |
| Lowest Goodwill amount paid by Ford in Consolidation of other Points | | | 903,800 |
| Increased Blue Sky Value that Mr. Woeste would attribute to Eastside had he not suffered the damages resulting from Fords actions Calculated at three times the average of the damages for 1999 and 2000 | | | 2,124,849 |

**Eastside Lincoln Mercury**
**Damage Calculation**

**Exhibit XXIV**

**Ford Money Paid to Reichert/ Kenwood Dealer Group and Not Made Available to Eastside**

| Stated Purpose | Amount |
|---|---|
| Fairfield Assistance with purchase of Dixon | 183,000 |
| Wyler Units - Kings | 8,000 |
| Wyler Units - Fairfield | 2,500 |
| Gentry sales trip | 10,000 |
| Fairfield Co-op Advertising | 25,000 |
| Fairfield Grand Opening | 20,000 |
| Fairfield LM Co-op Advertising | 2,250 |
| Kings Co-op - Cougar | 3,150 |
| Kings Co-op Selldown assistance | 12,600 |
| Kings LM | 17,000 |
| Kings Auto mall Co-op Advertising | 36,750 |
| Northgate Co-op Advertising | 21,000 |
| Grand total | 341,250 |