## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **Eastside Lincoln Mercury, et al.** | : | |
| Plaintiffs, | : | Case No. C-1-01-567 |
| v. | : | Judge Dlott |
| **Ford Motor Company, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF MANUAL FILING OF DEPOSITION

Please take notice that Defendants Ford Motor Company, Jerry Carter, and A.W. Walls have manually filed the deposition of Roger M. Bean, taken on October 29, 2003.

Respectfully submitted,

/s/ Elizabeth A. McNellie
Elizabeth A. McNellie (0046534)
Baker & Hostetler LLP
65 East State St., Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (fax)

Trial Attorney for Defendants
Ford Motor Company, Jerry Carter, and A.W. Walls

OF COUNSEL:
George W. Hairston (0030507)
Brian T. Johnson (0065417)
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 228-1541
(614) 462-2616 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Manual Filing of Deposition was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following. The undersigned also hereby certifies that the foregoing Notice of Manual Filing of Deposition was served upon the following by United States mail, postage prepaid, on this 12th day of November, 2003.

| | |
|---|---|
| Alan J. Statman, Esq.<br>Gregory Berberich, Esq.<br>Statman, Harris, Seigel & Eyrich, LC<br>2900 Chemed Center<br>255 E. Fifth Street<br>Cincinnati, Ohio 45202<br><br>Attorneys for Plaintiffs<br>Eastside Lincoln Mercury, Inc. and<br>William Woeste, Jr. | Steven D. Hengehold, Esq.<br>James J. Englert, Esq.<br>Rendigs, Fry, Kiely & Dennis LLP<br>Fourth & Vine Tower, Suite 900<br>Cincinnati, Ohio 45202<br><br>Attorneys for Defendants Robert C. Reichert and<br>Kenwood Dealer Group, Inc. |

/s/ Elizabeth A. McNellie
Elizabeth A. McNellie