**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **EASTSIDE LINCOLN MERCURY, INC. ET AL.,** | : | CASE NO. 01CV00567 |
| | : | |
| **Plaintiffs,** | : | Judge Susan J. Dlott |
| v. | : | NOTICE OF MANUAL FILING OF EXHIBITS SUPPORTING PLAINTIFFS' MEMORANDA IN OPPOSITION |
| **FORD MOTOR COMPANY, ET AL.,** | : | |
| **Defendants.** | : | |

Plaintiffs give notice that the following materials are hereby manually filed in support of their Memoranda in Opposition to (1) Defendants' Supplemental Memorandum in Support of Their Motion for Summary Judgment and (2) Defendants' Motion To Strike Supplemental Damages Report of Roger M. Bean:

1. letter from Elizabeth McNellie, Esq. dated November 19, 2003.

2. extracts from deposition of Roger M. Bean.

*/s/ Lawrence A. Flemer*
Alan J. Statman (0012045)
Gregory J. Berberich (0043651)
Lawrence A. Flemer (0018673)
STATMAN, HARRIS, SIEGEL & EYRICH, LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio  45202
Tel.    (513) 621-2666
Fax    (513) 621-4896
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via ordinary U.S. mail on this 8th day of December, 2003 to the following:

Steven D. Hengehold
Rendigs, Fry, Kiely & Dennis
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688

Elizabeth A. McNellie
Baker & Hostetler
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215-4260

_____
Lawrence A. Flemer (0018673)