IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Eastside Lincoln Mercury, Inc. *et al.* | : | |
| | : | Case No. C-1-01-567 |
| Plaintiffs | : | |
| | : | District Judge Susan J. Dlott |
| v. | : | |
| | : | ORDER |
| Ford Motor Company *et al.* | : | |
| | : | |
| Defendants | : | |

    This matter comes before the Court on the Motion for Summary Judgment by Defendants Kenwood Dealer Group, Inc. and Robert C. Reichert (doc. #42), Motion for Summary Judgment of Defendants Ford Motor Company, Jerry Carter, and A.W. Walls (doc. #44), and Ford Defendants' Motion to Strike Supplemental Damages Report of Roger M. Bean (doc. #75).

    The Court **GRANTS IN PART AND DENIES IN PART** the motion of Mr. Reichert and Kenwood Dealer Group, Inc. ("Kenwood") (doc. #42). That motion is **GRANTED** as to William Woeste's individual claims and Eastside Lincoln Mercury ("Eastside")'s claims of "tort of business interference/unfair competition" and fraud and **DENIED** as to Eastside's civil conspiracy claims.

    The Court **GRANTS IN PART AND DENIES IN PART** the motion for summary judgment of Ford Motor Company and Messrs. Carter and Walls (doc. #44). That motion is **GRANTED** as to Mr. Woeste's individual claims and Eastside's defamation claims and **DENIED** as to Eastside's statutory, breach of contract, fraud and civil conspiracy claims.

    The Court **DENIES** the motion to strike (doc. #75).

An opinion detailing the reasons for the Court's decision may follow if the case is not resolved promptly.

IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge