AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

EASTSIDE LINCOLN MERCURY, et al,

           V.

FORD MOTOR COMPANY, et al,

Case Number:   1:01cv567-SJD

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
| | DATE AND TIME |
| | MARCH 19, 2004 at 10:00 A.M. |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.**

2. Each counsel must prepare and submit a letter to the Court one week prior to the conference with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

           JAMES BONINI, CLERK

           ___s/Stephen Snyder_____
           Stephen Snyder
           Case Manager
           (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.