IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EASTSIDE LINCOLN MERCURY, et al,

        Case Number: 1:01cv567-SJD

vs.

        District Judge Susan J. Dlott

FORD MOTOR COMPANY, et al,

NOTICE

The Final Pretrial Conference and Trial previously scheduled for March 19, 2004 and April 19, 2004 respectively, are hereby VACATED.

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633