FILED
JAMES BONINI
CLERK

04 APR -5 PM 1:39

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**EASTSIDE LINCOLN MERCURY, INC.,**
Et al.,

    **Plaintiffs,**

vs.

**FORD MOTOR COMPANY, et al.,**

    **Defendants.**

Case No. C-1-01-567

Judge Susan J. Dlott

---

### NOTICE OF CHANGE OF ADDRESS

PLEASE BE ADVISED that, effective immediately, LOULA M. FULLER, DANIEL E. MYERS, W. DOUGLAS MOODY, JR. and RICHARD N. SOX, JR., of the law firm of MYERS & FULLER, P.A., have relocated their offices to 2822 Remington Green Circle, Tallahassee FL 32308, and their mailing address has changed to Post Office Box 14497, Tallahassee FL 32317-4497. The phone and fax numbers will remain the same.

*[signature]*

LOULA M. FULLER
DANIEL E. MYERS
W. DOUGLAS MOODY, JR.
RICHARD N. SOX, JR.
Myers & Fuller, P.A.
Post Office Box 14497
Tallahassee FL 32317-4497
(850) 878-6404

And

Alan J. Statman, Esquire
Gregory J. Berberich, Esquire
Lawrence A. Flemer, Esquire
Statman, Harris, Siegel & Eyrich, LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati OH 45202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished by U.S. Mail to the following:

Elizabeth A. McNellie, Esquire
Baker & Hostetler, LLP
65 East State Street, Ste 2100
Columbus OH 43215-4260

Steven D. Hengehold, Esquire
Rendigs, Fry, Keily & Dennis LLP
Fourth & Vine Tower, Suite 900
Cincinnati OH 45202-3688

this ___1st___ day of April, 2004.

_____
Attorney