# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

EASTSIDE LINCOLN MERCURY, et al,

                                              Case Number:   1:01cv567-SJD

      V.

FORD MOTOR COMPANY, et al,                District Judge Susan J. Dlott

### NOTICE

**TAKE NOTICE** that a SCHEDULING CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 836 |
| | DATE AND TIME |
| | September 22, 2004 at 11:30 a.m. |

SPECIAL INSTRUCTIONS:

Each party need have only one attorney appear at this conference. However, they must bring the calendar of all attorneys who also represent that party. Clients need not attend.


                                                      JAMES BONINI, CLERK

                                                     ____s/Stephen Snyder_____
                                                     Stephen Snyder
                                                     Case Manager
                                                     (513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                      www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.