IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EASTSIDE LINCOLN MERCURY, et al,   :
:
    Plaintiff(s)   :
:  Case Number: 1:01cv567-SJD
vs.   :
:  District Judge Susan J. Dlott
FORD MOTOR COMPANY, et al,   :
:
    Defendant(s)   :

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman.

IT IS SO ORDERED.


                           ___s/Susan J. Dlott_____
                           Susan J. Dlott
                           United States District Judge