UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:01cv00567-SJD**

**EASTSIDE LINCOLN MERCURY, ET AL**               **PLAINTIFFS**

**VS.**                          **ORDER**

**FORD MOTOR COMPANY, ET AL**                    **DEFENDANTS**

In order to clarify the final pretrial conference order previously entered herein,

**IT IS ORDERED** that all witness lists and statements, and exhibit lists shall be filed herein **seven (7) days** prior to the final pretrial conference set in this matter. All other deadlines contained in said final pretrial conference order shall **remain in effect**.

This 26th day of October, 2004.



Signed By:
William O. Bertelsman
United States District Judge