**Jury Interrogatory No. 3**

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that it suffered damages as a result of Ford's conduct?

_____ Yes          _____ No

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 4. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

**Jury Interrogatory No. 4**

How much do you find that Eastside Lincoln Mercury was damaged as a direct and proximate result of Ford's violation of the Ohio Motor Vehicle Dealer Act?

$ _____

_____        _____

_____        _____

_____        _____

_____        _____

You are done answering these Interrogatories.

## FORD DEFENDANTS' PROPOSED JURY INTERROGATORIES FOR VIOLATION OF THE OHIO MOTOR VEHICLE DEALER ACT (DISCRIMINATION AGAINST EASTSIDE LINCOLN MERCURY)

### Jury Interrogatory No. 1

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that Ford discriminated against Eastside Lincoln Mercury by failing to apply consistent business criteria to decide issues under Eastside Lincoln Mercury's Sales and Service Agreements?

_____ Yes          _____ No

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 2. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

**Jury Interrogatory No. 2**

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that it suffered damages as a result of Ford's conduct?

_____ Yes          _____ No

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 3. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

## Jury Interrogatory No. 3

How much do you find that Eastside Lincoln Mercury was damaged as a direct and proximate result of Ford's violation of the Ohio Motor Vehicle Dealer Act?

$ _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

You are done answering these Interrogatories.

**FORD DEFENDANTS' PROPOSED JURY INTERROGATORIES FOR VIOLATION OF THE OHIO MOTOR VEHICLE DEALER ACT (DISCRIMINATORY ALLOCATION OF SCARCE VEHICLES)**

### Jury Interrogatory No. 1

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that Ford discriminated against Eastside Lincoln Mercury by failing to allocate or by withholding the delivery of scarce vehicles ordered by Eastside Lincoln Mercury?

_____ Yes            _____ No

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 2. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

**Jury Interrogatory No. 2**

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that Ford's conduct toward Eastside Lincoln Mercury was outside the ordinary scope of Ford's business?

_____ Yes        _____ No

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 3. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

## Jury Interrogatory No. 3

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that it suffered damages as a result of Ford's conduct?

_____ Yes     _____ No

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 4. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

## Jury Interrogatory No. 4

How much do you find that Eastside Lincoln Mercury was damaged as a direct and proximate result of Ford's violation of the Ohio Motor Vehicle Dealer Act?

$ _____

_____    _____

_____    _____

_____    _____

_____    _____

_____

You are done answering these Interrogatories.

**FORD DEFENDANTS' PROPOSED JURY INTERROGATORIES FOR VIOLATION OF THE OHIO MOTOR VEHICLE DEALER ACT (WITHHOLDING OR DELAYING THE DELIVERY OF VEHICLES)**

### Jury Interrogatory No. 1

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that Ford withheld or delayed delivery of motor vehicles to Eastside Lincoln Mercury?

_____ Yes         _____ No

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 2. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

## Jury Interrogatory No. 2

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that Ford's conduct toward Eastside Lincoln Mercury was outside the ordinary scope of Ford's business?

_____ Yes      _____ No

_____      _____

_____      _____

_____      _____

_____      _____

_____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 3. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

## Jury Interrogatory No. 3

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that it suffered damages as a result of Ford's conduct?

_____ Yes        _____ No

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If your answer to this Interrogatory is "yes," go to Interrogatory No. 4. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

**Jury Interrogatory No. 4**

How much do you find that Eastside Lincoln Mercury was damaged as a direct and proximate result of Ford's violation of the Ohio Motor Vehicle Dealer Act?

$ _____

_____    _____

_____    _____

_____    _____

_____    _____

You are done answering these Interrogatories.

# FORD DEFENDANTS' PROPOSED JURY INTERROGATORIES FOR FRAUD

## Jury Interrogatory No. 1

Do you find that the Eastside Lincoln Mercury proved by a preponderance of the evidence that: (1) Ford, Mr. Carter or Mr. Walls made a false representation of fact to Eastside Lincoln Mercury, and that Ford, Mr. Carter, or Mr. Walls made that false representation with knowledge of its falsity or with such utter disregard and recklessness about its falsity that knowledge may be concluded, **and/or** (2) Ford, Mr. Carter or Mr. Walls knowingly concealed a fact that they had a duty to disclose to Eastside Lincoln Mercury?

You will answer this Interrogatory separately for Ford, Mr. Carter and Mr. Miller.

**As to Ford:**

_____ Yes        _____ No

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

**As to Mr. Carter:**

_____ Yes        _____ No

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

**As to Mr. Walls:**

_____ Yes        _____ No

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

If your answer to this Interrogatory is "yes" for either Ford, Mr. Carter or Mr. Walls, go to Interrogatory No. 2. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.

**Jury Interrogatory No. 2**

Do you find that Eastside Lincoln Mercury proved by a preponderance of the evidence that the false representation made by Ford, Mr. Carter or Mr. Walls **and/or** the fact concealed by Ford, Mr. Carter or Mr. Walls was material?

You will answer this Interrogatory separately for Ford, Mr. Carter and Mr. Walls.

**As to Ford:**

_____ Yes   _____ No

_____   _____
_____   _____
_____   _____
_____   _____
_____   _____

**As to Mr. Carter:**

_____ Yes   _____ No

_____   _____
_____   _____
_____   _____
_____   _____

**As to Mr. Walls:**

_____ Yes          _____ No

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

If your answer to this Interrogatory is "yes" for either Ford, Mr. Carter or Mr. Walls, go to Interrogatory No. 3. If your answer to this Interrogatory is "no," you are done answering these Interrogatories.