UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EASTSIDE LINCOLN MERCURY, INC. ET AL., | : | CASE NO. C-1-01-567 |
| | : | |
| Plaintiffs, | : | Judge William O. Bertelsman |
| v. | : | **PLAINTIFF'S PRETRIAL EXHIBIT DISCLOSURES** |
| FORD MOTOR COMPANY, ET AL., | : | |
| Defendants. | : | |

Pursuant to F.R.C.P. 26 (a) (2) and (3) and this Court's Pretrial Order, Plaintiff Eastside Lincoln Mercury ("ELM" or "Eastside"), hereby makes its pretrial disclosure of exhibits.

ELM intends to offer the following exhibits at trial.

I. **EXHIBITS PRODUCED BY ELM**

| # | Bates | Description |
|---|---|---|
| 1. | A00009 | Ltr. Ford/LM to ELM re: customer excellence Award 1996 |
| | A02458-459 | 1996 Ford North American Customer Excellence Award |
| 2. | A00010-12 | Ltrs/Memos LM to G BEATTIE re: 9/5/97 mtg. on ELM sales performance |
| 3. | A000035 | Ltr. J CARTER to ELM re: ELM sales performance |
| 4. | A000036-38 | Ltr. G BEATTIE to J CARTER re: Navigator allocation |
| 5. | A000044 | Ltr. G BEATTIE to J CARTER re: distress advertising |
| 6. | A000045 | Ltr. C Richardson/LM to G BEATTIE re: distress advertising |
| 7. | A000050 | Ltr. Ford to ELM re: warranty audit debits |
| 8. | A000051 | Ltr. B WOESTE to J CARTER re: discontinue Florence LM acquisition |
| 9. | A000052-3 | Ltr. B WOESTE to J CARTER re: advertising money allocation |
| 10. | A000054 | Ltr. G BEATTIE to J CARTER re: Temp delay on orders |
| 11. | A000055-65 | Ltr. J CARTER to G BEATTIE re: Temp delay orders |
| 12. | A000066-73 | ELM Warranty Review Field Summary Report, June 17 1996 |
| 13. | A000074-76 | Warranty Expense Concerns memorandum |
| 14. | A000082-97 | ELM Follow-Up Warranty Review Report |
| 15. | A000098-101 | Ltr. W McRae to ELM re: 1996 warranty audit debit adjustment |

16. A00104-127 1998 ELM Warranty Audit Report
17. A00128-129 Ltr. ELM to A WALLS re: responses to 1998 warranty audit report
18. A00130 Ltr. A WALLS to ELM re: warranty audit credits
19. A00131-133 Ltr. A WALLS to ELM scheduling 1999 warranty audit
20. A00134-136 Ltr. A WALLS to ELM scheduling 2001 warranty audit
21. A00137-149 Warranty Audit guidelines and ELM observations
22. A00150-151 Warranty Audit chargeback schedule
23. A00152-203 Ford Warranty Measurement and Consulting Guide
24. A00204-206 Ford-Paid Trend Analysis Summary Claims List for ELM 7/01
25. A00207 Dealer Performance Profile ELM 9/21/01
26. A00208 Ford Award to ELM for highest performance in Cincinnati market
27. A00236-237 Recognition of ELM Parts & Service Dept. 3/24/97
28. A00292 1999 Market Comparison on customer satisfaction levels
29. A00316-317 LM Dealership fixed operations performance survey, YE Dec. '00
30. A00318-320 ELM Customer handling diagnostic report YE 12/00
31. A00321 LM dealers with 100% certification in Sales/Service/Parts 2/01
32. A00322-325 Cincinnati market's incentive program results 1/01
33. A00326 ELM shop competency status report 4/3/01
34. A00327 ELM customer expectation performance trends
35. A00328 Fairfield LM customer expectation performance trends
36. A00329 ELM dealer performance profile
37. A00331 Ford-Paid Trend Analysis Summary Claims List for ELM thru 8/01
38. A00332 ELM Warranty Repair Claims 8/01
39. A00441-442 LPE Statement of Benefits
40. A00443-454 2001 ELM LPE Self Assessment
41. A00455-461 2001 ELM MA Self-Assessment
42. A00462-469 ELM MA evaluation from JD Power
43. A00470-481 ELM LPE evaluation from JD Power
44. A00482-486 ELM exterior photographs
45. A00487-498 Correspondence and documentation re: ELM's LPE/MA appeal
46. A00499 Ltr B WOESTE to J CARTER re: LPE/MA appeal
47. A00500-502 JD Power ltr. to G BEATTIE re: 6/28/01 ELM image evaluation
48. A00503-509 JD Power in-dealership evaluation report for MA
49. A00510-514 JD Power in-dealership evaluation report for LPE
50. A00515-522 Fairfield LM exterior photographs
51. A00523-524 E-mail RB to B WOESTE re: dualing w/Volvo dealership
52. A00525-526 E-mail RB to B WOESTE re: LM Florence
53. A00529 Agenda Cincy Region LM Dealer Council '01 Meeting

54. A00530-536 Cincy Area LM Dealer Council issues/recommendations
55. A00537-539 Cincy Area LM Dealer Council implementation report 7/30/01
56. A00540-41 LM Dealer Council '01 accomplishments
57. A00542-44 August YTD profits, July YTD sales comparison
58. A00545 10/10/01 comparative regional sales data from P LeTarte
59. A00546-549 Notes Dealer Council Meeting
60. A00550-557 Fairfield LM exterior photographs
61. A00558-56 Renderings & plans for proposed ELM improvements
62. A00566-596 Sheldon lease documentation
63. A00599 Ultimate IS Delivery Experience Standing Reports through 6/01
64. A00600-608 Customer viewpoint summary Cincinnati Region
65. A00609-613 Customer expectation reporting trends report ELM
66. A00614-622 ELM customer sales experience reports 6/01
67. A00623-625 Customer expectation performance trends for ELM 1Q01 v. 2-4Q
68. A00626-642 Customer expectation performance trends for ELM (various months)
69. A00643 Ltr. B WOESTE to Clarence Holland re: QCM/FCA implementation
70. A00644-668 Ford FCA presentation materials
71. A00669-674 Cincy area dealer comparisons 11/98 YTD
72. A00675-680 Cincy area dealer comparisons 9/99 YTD
73. A00681-686 %5 dealer report Cincy market 7/00 YTD
74. A00687-692 %5 dealer report Cincy market 9/00 YTD
75. A00693-704 %5 dealer report Cincy market 8/01 YTD
76. A00706 Ltr. Lisa Bass to B WOESTE re: ELM Top 300 position 1996
77. A00707-708 Ltr C Hall to G Beattie re: performance 9/97
78. A00709 Notes of 9/5/97 mtg. re: ELM sales performance
79. A00712-713 Ltr. B WOESTE to J CARTER re: sales performance concerns
80. A00714-715 Ltr J Carter to B Woeste re: sales performance
81. A00722 Ltr. J CARTER to G BEATTIE re: vehicle allocation
82. A00723-729 1997-1998 market comparison and sales
83. A00734 1999 LMDA competitive makes sales figures
84. A00749-801 Presentation materials, Cincy Metro Dealer Group meeting 2/14/01, incl. market analysis
85. A00831 <u>Business Week</u> 6/25/01
86. A00832 E-mail Jeff Drews to G BEATTIE, J CARTER re: ELM customer satisfaction radio spot
87. A00838-843 Dealer comparison 9/99 YTD
88. A00861-866 %5 dealers 9/00
89. A00923 LPE/MA dealer executive summary report
90. A00924-950 ELM Quarterly Data Summary 4Q00
91. A00956 Auto Show Assistance check from Ford Motor Co.
92. A00957 Ford-paid trend analysis summary for ELM 1/01

93. A00958-960 FOCUS graphs graphic 126 for dealer 10618
94. A00961-962 Warranty audit chargeback schedule
95. A00963-965 Ltr. A WALLS to B WOESTE re: ELM compliance w/ warranty procedures
96. A00966-967 Warranty Audit Actions Matrix Commitment Agreement for ELM
97. A00968-970 Warranty Audit Actions Matrix pages from Ford Warranty Policy Manual
98. A00971-976 Ford-paid trend analysis summaries ELM 8/00 - 1/01
99. A00977 B WOESTE meeting log for warranty audit-related matters
100. A00978-1004 ELM Warranty Audit Summary Report dated 4/9/01
101. A01005-1018 Warranty and policy audit report dated 10/20/1999
102. A01019-1023 Ltr. Chris Hahn to Walt McRae re: ELM avg. warranty dollars per car
103. A01024-1027 Cincinnati region 1999 growth strategy plan
104. A01040-1044 Customer viewpoint trend report for Cincy region 1/01-11/01
105. A01045-1087 2002 All-dealer meeting presentation materials
106. A01088 Dealer performance profile ELM 11/18/01
107. A01101-1102 Ltr. J CARTER to G BEATTIE re: temp hold status of orders
108. A01105-1107 Ltr. J CARTER to B WOESTE re: 2002 LPE/MA certification
109. A01108-1112 Ford Electronic Field Communication 11/8/01 re: 2002 warranty requirements
110. A01114-1121 2001 LM National Dealer Council meeting minutes
111. A01128 Dealer fixed operations performance 12/2000
112. A01132 (inadvertently labeled A01128) transcript of voice mail message from Bob Reichert to B WOESTE 4/26/01
113. A01133-1568 ELM Dealer Financial Statements 1996-2001
114. A02369-402 ELM FCA final evaluation
115. A02416-426 ELM FCA review documents
116. A02487 February 2004 letter, dinner at Waterfront – Great Job!
117. A02490-492 May 28, 1998 ELM Meeting notes re: Meeting with J Carter
118. A02493-569 ELM FCA analysis and workpapers
119. A02570-573 letters to G Berberich from unknown writer re: suggestions for discovery and suit strategy

## II. **EXHIBITS PRODUCED BY FORD DEFENDANTS**

| | | | |
|---|---|---|---|
| 1. | ELM1 0045-49 | notification of dealer locality/share | 6/30/00 |
| | 0050-55 | notification of dealer locality/share | 1/15/98 |
| | 0060-67 | notification of dealer locality/share | 11/3/94 |
| | 0082-84 | notification of dealer locality/share | 3/19/86 |
| 2. | 0152 | dealer contact report – Cronin dual | 1/9/90 |
| 3. | 0173-179 | Woeste purchase approval $1.75MM | 3/3/86 |
| 4. | 0336-338 | email and letter/report of audit | 5/3/01 |
| 5. | 0339-350 | LPE and MA reports - PASS | 6/28/01 |
| 6. | 0360-363 | Fairfield LM relocation request | 5/18/01 |

4

| | | | |
|---|---|---|---|
| 7. | 0373 | LPE and MA report - FAIL | 1/31/01 |
| 8. | 0377-393 | 1998 warranty audit results | 9/3/98 |
| 9. | 0550-553 | memo to J Carter re ELM website | 8/26/98 |
| 10. | 0595 | Nudell design renderings | 10/19/98 |
| | 0623-626 | | 9/19/98 |
| | 0632-633 | | |
| 11. | 0627 | memo re Nudell meeting re ELM | 11/5/98 |
| | 0635 | M Erwin letter to Nudell re ELM relo | 9/16/98 |
| 12. | 0628-629 | FCSD warranty audit candidates 2Q99 | 3/26/99 |
| 13. | 637-640 | M. Erwin memo re zoning issues/drawings | |
| 14. | 659 | ltr fr Woeste to J Carter re drawings | 1/21/98 |
| 15. | 0660 | ltr fr J Carter to Woeste re sales goals | 10/29/97 |
| 16. | 0661 | Treadon drawing re Beechmont Pontiac | |
| 17. | 0679-697 | Corresp. to/fr J Carter re 97-98 sales | 10/2/97 |
| 18. | 0745 | email to M Rivers fr J McLaughlin re 126 meeting of 8/21/01 | 9/6/01 |
| 19. | 0749-750 | emails M Rivers re ELM action plan | 5/17/01 |
| | 8481-8483 | | 5/01 |
| 20. | 0751-752 | 2001 warranty audit summary | 5/7/01 |
| | 3465-3466 | 2001 warranty audit summary | 5/7/01 |
| | 0780-806 | 2001 warranty audit | 4/9/01 |
| | 1076-1104 | 2001 audit workpapers | 2001 |
| | 1106-1769 | 2001 audit workpapers | 2001 |
| | 1105 | 2001 warranty audit penalty memo | 12/10/01 |
| | 8443-8444 | ELM audit history and 2001 auditor evaluation report | 4/17/01 |
| | 8448-8449 | ELM 2001 audit report | 5/8/01 |
| 21. | 0753 | email M Rivers re 2001 audit | 5/3/01 |
| | 9950-9976 | emails re warranty audit penalty against ELM for 2001 audit | 5/01 |
| 22. | 0754-758 | letter to A Statman from Ford legal | 5/3/01 |
| 23. | 0759-765 | letter fr A Statman w/ J Carter notes | |
| 24. | 0771-779 | 2001 warranty audit letter and matrix | 4/9/01 |
| 25. | 0807-809 | Walls letter to ELM re 2001 audit | 2/12/01 |
| 26. | 0810-823 | 1999 warranty audit | 10/20/99 |
| | 0826 | 1999 warranty audit result letter | 11/18/99 |
| | 0842-843 | 1999 warranty audit opening letter | 9/27/99 |
| | 1775-1780 | 1999 warranty audit letter and Region control of process | 1999 |
| | 1782-2168 | 1999 Audit workpapers | 1999 |
| | 8514-8527 | 1999 audit report | 10/20/99 |
| 27. | 0848-849 | contact re warranty counseling 1998 | 12/4/98 |
| | 0850-851 | ELM appeal 1998 audit | 8/17/98 |
| | 2169-2532 | 1998 warranty audit workpapers | 1998 |
| 28. | 0852-1050 | 1997 audits/appeals/debits/credits | 1997/1998 |
| 29. | 1054-1066 | 1996 warranty review | 1996 |

5

| # | Pages | Description | Date |
|---|---|---|---|
| 30. | 1074-1075 | 1997 proj. decreased warranty b/c QCM | 5/28/97 |
| 31. | 1770 | audit history ELM | |
| 32. | 1772-1774 | emails A Gabrion re ELM audits | 1/7/00 |
| 33. | 3107-3138 | 2000 and 2001 LPE/MA audits | |
| | 13249 | LPE status Cincinnati market | |
| 34. | 3469-3470 | Woeste ltr to Carter re unfair treatment | 2/1/01 |
| 35. | 3471 | Carter ltr to Woeste re level playing field | 2/7/01 |
| 36. | 3455 | Woeste to Carter re Florence | 2/1/01 |
| 37. | 3489-3491 | warranty audit commitment agreement | |
| 38. | 3500-3501 | J Carter emails re 2001 audit | 5/3/01 |
| 39. | 3522-3537 | M Erwin note to J Carter re ELM building | |
| 40. | 3586-3590 | allocation summaries | |
| 41. | 3816 | 1996 MP Market Study findings | 1/4/97 |
| 42. | 3875-3890 | 2002 business plan | 2002 |
| 43. | 3891-3926 | 2001 business plan | 2001 |
| 44. | 3927-3933 | 2000 business plan | 2000 |
| 45. | 3975-3978 | 1998 business plan | 1998 |
| 46. | 3979-4129 | 1997 business plan | 1997 |
| 47. | 4130-4175 | 2001 business plan review | 2001 |
| 48. | 3582-3585 | 1999 Growth Strategy Plan (business plan - GSP) | 1999 |
| | 4176-4189 | 1999 GSP | 1999 |
| | 4740-4774 | Gen. Field Bulletin outlining GSP | 12/4/98 |
| | 4771 | ELM strong interest in signature design | |
| 49. | 4190-4217 | April 2000 market analysis | 2000 |
| 50. | 4218 | memo re 3MM consolidation budget | 11/16/99 |
| 51. | 4223-4233 | consolidation guidelines | 2/14/00 |
| 52. | 4239 | competitive brands to Mercury | |
| 53. | 4250-4254 | Cincinnati Market consolidation benefits | |
| 54. | 4265-4268 | email re: Huser Fii approval at FF LM | 2001 |
| 55. | 4270 | ltr from LM to Northgate re poor perf | 8/17/00 |
| 56. | 4271 | ltr from LM to Kings LM re better perf | 8/17/00 |
| 57. | 4284 | emails from W Gardis to F Brown re consolidator agreement | 10/01 |
| 58. | 4319-4335 | ROFR agreement and cover letter | 9/14/00 |
| | 8806 | internal cover letter | |
| | 4287-4293 | Consolidator agreement, drafts, rewrites, | |
| | 4336-4520 | LOUs, correspondence and emails | |
| | 4539-4543 | same | |
| | 4652-4665 | same | |
| | 4898-4913 | same | |
| | 4938-4945 | same | |
| | 4948-4955 | same | |
| | 4960-4964 | same | |
| | 4974-4998 | same | |
| | ELM3 7192-7381 | same | |

6

|     |               |                                                    |          |
| --- | ------------- | -------------------------------------------------- | -------- |
|     | ELM1 7259-7260 | emails F Brown re cons. Agreement                 | 10-11/01 |
|     | 4720-4723     | Cincinnati consolidator draft plan                 | 7/24/01  |
|     | 4735-4738     | dualing consent letter/draft cons plan             | 8/9/01   |
|     | ELM3 7096-116 | ROFR preliminary documents and 2002 LM FF term agreement | |
|     | 7146-178      | LM FF LOU                                          |          |
| 59. | ELM1 4525-4527 | email from W Gardis to G Allison re Fairfield redesign/Reichert difficulty | 7-10/01 |
| 60. | 4544-4547     | request/approval for relo of LM FF                 | 5/18/01  |
|     | 4551          | proposal not in accord with market plan            |          |
|     | 4553-4567     | financials/projections LM FF                       | 4-5/01   |
|     | 4571          | LPE projections FF                                 |          |
|     | 4572-4573     | FF state relo application                          | 6/6/01   |
|     | 4589-4592     | req to amend market rep plan LM FF                 | 5/18/01  |
|     | 5008          | req for project approval                           | 10/25/01 |
| 61. | 4548-4550     | LM of FF dualing conditions/emails                 | 5-7/01   |
|     | 4633          | same with hand notes                               |          |
| 62. | 4593          | J Carter fax cover re Reichert/KDG requesting closure meeting for relo | 5/4/01 |
|     | 4599          | J Carter notes re relo/dual FF                     |          |
| 63. | 4602-4605     | emails and draft revised LOU/term agreement re LM FF dual | 5/01 |
|     | 4813-4815     | emails and LM FF term draft                        | 2/01     |
|     | 4822-4825     | emails – delete "other" conditions /changes        | 2/01     |
|     | 4832-4835     | same                                               |          |
|     | 4836-4842     | same with modified LOU dropping usual requirements |          |
| 64. | 4606-4609     | Wyler closure market rep action form               | 12/12/00 |
| 65. | 4614          | email's re cooperating with Consolidator           | 5/01     |
| 66. | 4618          | LM FF pro forma/adj. #s for approval               |          |
| 67. | 4624-4626     | LM FF building dimensions – VW notes               | 5/1/01   |
| 68. | 4630-4631     | draft of LM FF relo request, W Gardis observations – estimates/overstated/land undersized per guide | |
| 69. | 4635-4640     | F Brown email to W Gardis re draft consolidator agreements w/ forms | 2/7/01 |
|     | 4775-4803     | same but includes detail and arbitration           |          |
| 70. | 4641-4644     | term agreement for LM FF                           | 3/9/00   |
| 71. | 4645          | Dixon LM performance history     2/01              |          |
| 72. | 4669-4673     | photos of LM FF dual                               |          |
| 73. | 4719          | email Reichert to W Gardis re consolidator agreement | 8/8/01 |
| 74. | 4864-4865     | emails re Northgate non-approved sign              | 3/13/02  |
| 75. | 5003-5004     | Kings LM warranty review ltr                       | 4/22/99  |
| 76. | 5179          | LM FF fixed expenses after dual proj               |          |

| | | | |
|---|---|---|---|
| 77. | 5359 | ltr M Lombardi to Kings re no certified tech in drive train/transmission | 6/12/01 |
| | 5451 | same | 9/4/01 |
| | 9137 | ltr C Bergman to Kings re no certified tech in suspension/transmission | 2/12/01 |
| | 9142 | ltr C Bergman to FF re no certified tech in brakes | 8/28/00 |
| | 9165 | same re suspension/trans | 2/12/01 |
| 78. | 5361-5362 | Kings response to warranty review | 7/24/01 |
| 79. | 5388 | Kings warranty follow-up review | 2/17/99 |
| 80. | 5392 | Kings self review result | 12/4/98 |
| 81. | 5393 | Kings self review result | 10/30/98 |
| 82. | 5400-5405 | Kings warranty misrepresentation | 2/9/98 |
| 83. | 5397-5398 | Kings self review letter | 9/16/98 |
| 84. | 5412-5413 | same | 1/29/97 |
| 85. | 5454-5455 | same | 1/25/01 |
| 86. | 6859-7024 | list of vehicles held, released, diverted, reassigned to Kings | 2000-2001 |
| 87. | 8578-8579 | DD investment proposal Dixon | 2/3/00 |
| 88. | 8600-8601 | A Walls letter to Dixon re warranty audit closing – no video | 2/24/99 |
| | 8602 | warranty audit closing conf letter | 2/8/99 |
| 89. | 8619-8628 | dealer resignation Dixon | 3/8/00 |
| 90. | 8429-8434 | ltr from counsel with high cost dealer decisions matrix | 4/27/01 |
| 91. | 8435-8437 | FCSD RM audit implementation guide | 2/28/01 |
| 92. | 8438-8441 | 2001 audit letter, A Gabrion bill Oswald note | 4/10/01 |
| 93. | 8442 | email A Gabrion to J Carter re audit results | 5/3/01 |
| 94. | 8447 | J Carter email re ELM 2001 audit | 5/3/01 |
| 95. | 8450-8461 | emails re ELM 2001 audit /penalties | 4-5/01 |
| 96. | 8487 | email L Etchill re failed MA | 11-12/00 |
| 97. | 8501-8502 | Feb 2001 126 report and graph | 2/01 |
| 98. | 8535 | service traffic of area F and LM stores | 11/18/99 |
| 99. | 8567-8570 | Dixon DD proposal/terms of sale | 2-3/01 |
| 100. | 8646 | J Carter request extension of FF term | 3/8/02 |
| 101. | 8647-8654 | LM FF term extension through 2004 and LM FF term performance report | 4/26/02 |
| 102. | 8655-8666 | LM FF dualing consent | 12/7/01 |
| 103. | 8722 | Reichert letter to Carter re plans for FF | 5/15/01 |
| 104. | 8723-8728 4596-4597 | Reichert ltr to J Carter requesting relo | 5/3/01 |
| 105. | 8824-8826 | Reichert LM FF 2000 business plan | 3/1/00 |
| 106. | 8848-8851 | new dealer proposal FF | 2/4/00 |

| | | | |
|---|---|---|---|
| | | the LM FF purchase from Dixon | |
| 107. | 9131-9132 | LM FF 2001 warranty review | 7/24/01 |
| 108. | 9144-9145 | LM FF self review letter 2000 | 11/24/00 |
| 109. | 9158-9160 | LM FF warranty review closing ltr 1/14/02 | |
| 110. | 9465-9514 | Dixon 2000 warranty audit | 2000 |
| | | follow up to 1999 FnF and also FnF | |
| | 9187- | | |
| | 9184-9186 | J Carter closing letter on Dixon 2000 audit | 6/7/00 |
| . | 9232-9233 | ltr from Bergman to Dixon attys | 3/22/99 |
| | 9234 | ltr from Dixon attys re audit closing | 2/17/99 |
| | 9235,9237 | ltr from Walls to Dixon re 2000 audit | |
| | 9238-9239 | penalties | 2/19/99 |
| | 9240-9256 | 1999 audit FnF findings | 2/2/99 |
| | 9257-9262 | ltrs Dixon attys to Ford re 1999 audit | 3/11/99 |
| | 9296-9297 | ltr to Dixon re 1999 audit | 1/5/99 |
| 111. | 9309-9310 | ltr Walls to Dixon re 1998 chargeback | 8/31/98 |
| 112. | 9312 | ltr W McRae to Dixon re warranty review | 12/22/97 |
| 113. | 9370-9385 | J Carter notes on 1999 warranty review | 2/2/99 |
| 114. | 9521 | Dixon note protesting audit | |
| 115. | 9555-9556 | 2000 audit opening conference memo | 3/21/00 |
| 116. | 9637 | L Etchill emails re Dixon sale | 3/10/00 |
| 117. | 9903-9910 | K Kenner file on Florence/emails | |
| | | re same | 2001 |
| 118. | 9916-9917 | ltr J Carter to G Beattie re Navigator allocation | 2/27/02 |
| | 9921 | ltr G Beattie to J Carter re Navigator allocation | 2/25/02 |
| 119. GRN1/2 | 0001-1157 | Warranty audit manuals | |
| 120. ELM1 | 11206-11211 | Fryson new dealer appointment | 11/13/01 |
| 121. | 11317 | Ford Credit ltr to J Carter approving Fryson credit | 11/13/01 |
| 123. | 11689 | Florence land valuation 2001 | 2/23/01 |
| 124. | 12146-169 | Ridgeview 1998 warranty audit | 8/14/98 |
| | 12170 | Ridgeview 1998 closing meeting memo | 10/20/98 |
| | 12171 | Ridgeview 1998 warranty audit letter | 7/27/98 |
| | 12174 | Ridgeview 5/1997 audit involved mileage rollback (fraud) | |
| | 12201-202 | 1997 warranty review letter/chargeback memo to Ridgeview re rollback | 10/20/97 |
| | 12203-240 | Ridgeview 1997 audit | 1/12/98 |
| 125. | 13067-103 | 2001 LPE and MA program rules | |
| | 13188-226 | 2001 LPE and MA technical manual | |
| LPE1 | 00001-end | 2001 website and guide for LPE and MA | |
| 126. | 13245 | LM FF certified Employees - STARS | 1/18/01 |
| 127. | 13252 | LPE cert status 2001 extended b/c | |

9

| # | Bates | Description | Date |
|---|---|---|---|
| | | quality issues | 12/11/00 |
| 128. | 13270-274 | LPE Memo re philosophy | 5/5/00 |
| 129. | 13290-291 | LPE program goals/demands 2005 and beyond | |
| 130. | 13386 | Jeff Wyler appointment to Stillpass | 4/14/00 |
| 131. | 13456 | Stillpass 5 year profit history/forecast | |
| 132. | 13464 | Wyler termination (resignation) | 10/31/00 |
| 133. | 13466-484 | Wyler termination (resignation) packet | |
| | 14325-329 | Wyler termination agreement | 9/1/00 |
| | 13553-555 | Wyler ltr to J Carter confirming LM desire to buy and offer to sell | 8/25/00 |
| | 14372 | Wyler resigned re Cincinnati consolidation | 5/24/02 |
| 134. | 13559 | ltr J Wyler to J Carter re protest of LM refusal to approve sale | 4/7/00 |
| 135. | 13560-565 14213-215 | Wyler appointment proposal and drafts | 4/7/00 |
| 136. | 13571 | ltr K Ertel to Wyler agreeing that Wyler will de-dual | 4/7/00 |
| 137. | 14286-288 | J Carter check request for Wyler 550k | 10/2/00 |
| | 14289-291 | J Carter check request for Wyler 225k credited to parts statement | 9/29/00 |
| 138. | 14422-467 | Stillpass 1997 warranty review | 11/27/97 |
| | 14560 | Stillpass 1997 warranty review letter | 10/2/97 |
| | 14561-562 | Stillpass 1997 warranty review closing | 10/23/97 |
| 139. | 14563-564 14566-570 | Stillpass 1998 warranty contact reports | 10/98 |
| 140. | 14565 | Stillpass ltr from A Walls getting out of WC program | 9/3/98 |
| 141. | 14571 | Stillpass 1999 Step 1 WC ltr | 8/3/99 |
| | 14573 | Stillpass Step 1 WC form | 5/19/99 |
| 142. | 15199-521 | June production wholesale report | 4/17/02 |
| 143. | 15452-454 | 2000-2002 regional funds | |
| 144. | 15455-457 | 2000-2002 Regional budget | |
| | 20001-007 | 1999, 2000, 2002 budgets | |
| 145. | 15460-519 | J Carter calendar 1998-2002 | |
| 146. | 16299-415 | Consolidation programs, emails, updates | |
| 147. | 16416-418 | LM duals in Cincinnati region | 4/28/02 |
| 148. | 16419-429 | Prohibitions/requirements against dualing | |
| 149. | 16430-782 | District Sales/Procedures Manual | 5/2/98 |
| 150. | 16783-896 | LM Distribution Network Strategy | 12/31/01 |
| | ELM3 8489-497 | LM Distribution Network Strategy | 2001 |
| 151. | ELM1 16897-979 | Consolidation programs | |
| 152. | LM 00974-995 | Lincoln Distribution Strategy Status Review PP | 8/23/00 |
| 153. | ELM1 8488-8513 | ELM 2001 1Q fixed ops review, warranty and region comparison | |

| | | | |
|---|---|---|---|
| 154. | ELM2 19358-370 | 2000-2001 budgets, LMDA, discretionary budget, supplier invoices Kings, FF, Northgate, ELM | |
| 155. | 19371-374 | Reichert/KDG 2000 payments | |
| | 19375-376 | Reichert/KDG 2000 payments | |
| | 19379-380 | | |
| | 19377-378 | Reichert/KDG 2000 payments | |
| | 19381-382 | email re contest winners 9/01 | 9/4/01 |
| | 19392 | emails re payments 2/01 | |
| | 19397-407 | Reichert/KDG 2000-2001 payments | |
| | 19412-418 | Reichert/KDG payments | |
| | 19419-420 | Reichert/KDG 2000 payments | 12/00 |
| | 19421-423 | Reichert/KDG 2000 payments | 12/00 |
| | 19426-429 | Reichert/KDG 2000 payments | |
| | 19435-438 | Reichert/KDG 2000 payments | |
| | 19456 | Sales challenge for Reichert/KDG | |
| | 20008-23 | Reichert consolidation challenge | 5/24/02 |
| 156. | 19459-471 | Reichert/KDG 2000 payments | |
| 157. | 19424-425 | ELM "challenge" 2000 | |
| 158. | 19458 | G Beattie request after anonymous | |
| | 19474-475 | phone tip in 12/00 | |
| 159. | 20029-30 | Cincinnati DMA marketing plan | |
| 160. | 20031-32 | Cincinnati Metro meetings/co-op rules | |
| 161. | 20221-223 | 1998 Northgate Cougar promo | 8/98 |
| | 20224-226 | Cougar Co-op rules | |
| 162. | 20412-419 | luxury leadership promotion and | |
| | 20428-430 | Reichert/KDG aggregation | 2000 |
| | 20432 | | |
| | 20435 | | |
| 163. | ELM3 | Allocation Schedule Order Bank Report Northgate LM 1999 - 2002 Allocation Schedule Order Bank Report Fairfield LM 2000 - 2002 Allocation Schedule Order Bank Report Kings LM 1999 – 2002 Allocation Schedule Order Bank Report Eastside LM 1999 – 2002 | |
| 164. | ELM3 | Final Dealer Allocation Report Northgate LM 1999 - 2002 Final Dealer Allocation Report Fairfield LM 2000 - 2002 Final Dealer Allocation Report Kings LM 1999 – 2002 Final Dealer Allocation Report Eastside LM 1999 – 2002 | |
| 165. | ELM3 6342-6345 | New Dealer appointment proposal | |

| | | for Ford DD to take over Farr | 4/14/00 |
|---|---|---|---|
| 166. | 6409-6410 | Dealer resignation and termination Farr | 5/24/02 |
| | 6419-6420 | | |
| 167. | 7057-61 | ELM dealer order commitment forms | |
| 168. | 7614-18 | Stillpass offer to J Carter | 1999 |
| 169. | 7710-11 | Sale price of LM Florence to Fryson | 10/19/01 |
| | 7716 | draft of above | |
| | 7956-58 | email re loss on sale to Fryson | 8/6/01 |
| | 8063 | email re Fryson sale | 8/16/01 |
| 170. | 8213-8411 | Dixon LM appraisal and sale, strategy notes, valuations | |
| | 8441 | email S Scove re Dixon valuation | 1/6/00 |
| 171. | 8421-440 | LM FF profit plan 2000 | |
| 172. | 8480-88 | PP Gateway CSI | 3/6/01 |
| 173. | WTA1 | ACES II users manuals | |
| 174. | WTA2 0054-358 | Warranty Counseling Process Manual | 3/25/02 |
| 175. | 0576 | email from A Gabrion | 10/16/00 |
| 176. | 0360 | same | 3/14/02 |
| | 0364 | warranty manual change | |
| 177. | 0374-77 | Muntz response to Knecht | |
| | 0378-82 | Knecht letter to Muntz | |
| 178. | 0385-387 | emails re cost of in-dealer consultant | 12/01 |
| 179. | 0389-399 | changes to warranty audit matrix | |
| 180. | 0434-435 | email re problems with warranty audits | 9/25/01 |
| 181. | 0441 | A Gabrion email | 7/10/01 |
| 182. | 0462 | A Gabrion email re dd audits | 6/20/01 |
| 183. | 0467-474 | announce website to help with 126 | 6/14/01 |
| 184. | 0475 | A Gabrion email re audits | 6/4/01 |
| 185. | 0494 | A Gabrion email re attendees at close | 3/20/01 |
| 186. | 0561-563 | ONP moved from measured warranty | |
| | 0529-533 | EFC re splitting LM out of all Ford for audit purposes | 1/25/01 |
| | 0545-560 | EFC re changes to warranty audit program | |
| | 0580-98 | EFC re changes to warranty audit program | |
| 187. | 0599-60 | memo re number of auditors/audits | 7/20/00 |
| 188. | 0643 | A Gabrion email re audits | 5/9/00 |
| 189. | 0647-48 | Pederson email re professionalism | 2/22/00 |
| 190. | 0706-711 | A Gabrion email with EFC | 1/11/01 |
| 191. | 0712-0717 | Bergman ltr re warranty update | 12/6/99 |

III. **EXHIBITS THAT DO NOT BEAR A DISCOVERY DOCUMENT NUMBER OR THAT WERE IDENTIFIED IN EXPERT REPORTS**

1. All Sales and Service Agreements, Amendments and Addenda for Eastside Lincoln Mercury
2. ELM and all Cincinnati LM Market competitor Dealer Financial Statements, Ford Dealer Performance Reports, and Parts and Service Performance Analysis 1996-present
3. 1996 and 2002 Cincinnati Region LM Market Representation Studies
4. LPE and MA program rules
5. Interior and exterior photographs of all Cincinnati Market LM Dealerships, both exclusives and duals, including Florence LM and Cronin LM of Middletown, from 2001 to present
6. Aerial photographs of present ELM facility and proposed relocation site at Beechmont Isuzu property and adjoining Beechmont Chevrolet property
7. ELM 2003 President's Award, award letter, program rules
8. ELM 1996 Customer Excellence Award letter
9. "Resume" of Bill Woeste, Jr. and Beechmont Automotive Group dealer accomplishments
10. All Documents relied upon by Roger Bean and listed in his report at Exhibit D
11. J.D. Power IQS reports from 1997 through 2004
12. GM facility size standards 1998 through2004
13. LM/Ford facility size standards 1998 through 2004
14. Ford Accounting Manuals 1998 through 2004, particularly rules for parts, warranty and policy claims, and service related to dualed operations
15. All correspondence between ELM and LM Division of Ford, or between counsel for the respective parties, related to relocating and/or dualing ELM
16. All documents used or referenced in discovery depositions
17. Recent interviews in <u>Dealer</u> Magazine, November 2004 ed., by Darryl Hazel and Robert Reichert.
18. Handouts from 12/10/02 LMDA meeting for 2003 ACP identifying brands LM believes are competitive brands
19. Cross-Sell vehicle registrations for the period 1997 to 2004 for Ohio and Kentucky
20. Ford Dealer Fixed Operations Management Report for 2000 to 2004.
21. Automotive News Market Data Reports and Census Data 1997 through 2004
22. Summary of Eastside and Chevrolet personnel for 1999 through 2004
23. Listing of lost LPE money from 2000
24. Eastside customer satisfaction reports
25. "Scheduled Orders- Select Time Periods" for Eastside, Kings and Northgate
26. Property detail ledgers for Honda East and Beechmont Motors
27. Prime interest rate detail
28. Actual detail of service records at Eastside

13

29. Listing of lost vehicle sales
30. Listing of expenses incurred in updating Eastside facility
31. Operating report for Beechmont Chevrolet for 1999 to September 2004
32. Dealership financial and employment data for Beechmont Motors for the period from 1998 to 2004
33. Facilities data for Beechmont Chevrolet
34. Lincoln Mercury sales reports for 2003 and YTD 11-01-04
35. Excerpts from Lincoln Mercury accounting manual and chart of accounts
36. Chevrolet franchise agreement
37. February 2001 LM National Dealer Council Meeting minutes (8 pages)
38. 12/12/02 Executive Summary of December Retailer Council mtg – D. Hazel (4 pages)
39. 12/11/01 Cincinnati LMDA All Dealer meeting (43 pages)
40. Dealership Fixed Operation Performance Reports 1996 to present
41. Ford Motor Company Dealer Profit Plan ELM (27 pages)
42. 10/8/02 ltr Woeste to Carnegie re questions on Sept. 26, 2002 Cincinnati market study (2 pages)
43. 11/14/02 ltr from Carnegie to Woeste responding to above (3 pages)

The Plaintiff, Eastside Lincoln Mercury, Inc., reserves the right to supplement this list based on evidence introduced at trial by the Defendants that could not be anticipated. The Plaintiff also reserves the right to introduce any exhibits identified by the Defendants.

                              Respectfully submitted,

                              _____/s/_____
                              Alan J. Statman (0012045)
                              Gregory J. Berberich (0043651)
                              Lawrence A. Flemer (0018673)
                              STATMAN, HARRIS, SIEGEL & EYRICH, LLC
                              2900 Chemed Center
                              255 East Fifth Street
                              Cincinnati, Ohio 45202
                              Tel.   (513) 621-2666
                              Fax    (513) 621-4896
                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Pretrial Disclosures was served via ecf filing this 15th day of November, 2004, to the following:

Elizabeth A. McNellie
Baker & Hostetler
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215-4260

and

Steven D. Hengehold
Rendigs, Fry, Kiely & Dennis
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688

_____/s/_____
Gregory J. Berberich (0043651)