UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. 1:01cv00567-SJD**

**EASTSIDE LINCOLN MERCURY, ET AL**                                    **PLAINTIFFS**

**VS.**                                    <u>**ORDER**</u>

**FORD MOTOR COMPANY, ET AL**                                    **DEFENDANTS**


On November 16, 2004, a final pretrial conference was held in this matter. Alan Statman, Gregory Berberich, and Lawrence Flemer represented the plaintiffs; Elizabeth McNellie, Issac Devyvar, and George Hariston represented the Ford Motor Company defendants; and Steven Hengehold represented defendants, Robert Reichert and Kenwood Dealer Group, Inc. Also present was Ford Motor Company representative Tom Shelly. Official court reporter Joan Averdick recorded the proceedings.

Having heard the parties, and the court being otherwise advised,

**IT IS ORDERED** as follows:

1. That upon entry of this Order, this case shall be **TRANSFERRED** from the docket of the Honorable William O. Bertelsman back to the docket of the Honorable Susan J. Dlott;

2. That plaintiffs shall deliver to defendants a written settlement demand **on or before December 2, 2004**, and defendants shall deliver to plaintiffs a written response thereto **on or before December 10, 2004**;

3. That the parties shall conduct any further expert witness depositions **on or before Monday, January 3, 2005**;

4. That **on or before Friday, January 7, 2005**, the parties shall simultaneously submit to Judge Susan J. Dlott *ex parte* letters, not to exceed five (5) pages each, setting forth their respective settlement positions and the status of settlement negotiations;

5. That a settlement conference with Judge Dlott is hereby set for **Wednesday, January 12, 2005 at 10:00 a.m.** All parties shall attend and must be accompanied by client representatives **with full settlement authority**;

6. That the parties shall file any motions in limine **on or before January 31, 2005**, and any responses thereto shall be filed **on or before February 7, 2005**;

7. That if the above settlement conference is unsuccessful, this matter shall be returned to the Chief Judge for reassignment; and

8. That the case shall thereafter be set for **trial in April, 2005**.

This 22nd day of November, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge