# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| EASTSIDE LINCOLN MERCURY, INC., et al., | : | Case No. C-1-01-567 |
| | : | |
| | : | (Judge Bertlesman) |
| Plaintiffs, | : | |
| | : | **DEFENDANTS KENWOOD DEALER** |
| vs. | : | **GROUP AND ROBERT C.** |
| | : | **REICHERT'S OBJECTIONS TO** |
| FORD MOTOR COMPANY, et al., | : | **PLAINTIFFS' EXHIBIT** |
| | : | **DISCLOSURES** |
| Defendants. | : | |

Come now Defendants, Kenwood Dealer Group, Inc. and Robert C. Reichert, and for their objections to Plaintiffs' Exhibits, adopt as if fully restated herein, the objections and arguments set out in Co-Defendant, Ford Motor Company's Objections to Plaintiffs' Exhibit Disclosures.

Respectfully submitted,


s/ Steven D. Hengehold
Steven D. Hengehold   (0030134)
Attorney for Defendants, Kenwood Dealer Group, Inc. and Robert C. Reichert
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
(513) 381-9200
(513) 381-9206 – Facsimile
E-Mail: shengehold@rendigs.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2004, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Lawrence A. Flemer, Esq. and Gregory J. Berberich, Esq., Attorneys for Plaintiffs, and Elizabeth A. McNellie, Esq., Attorney for Defendants Ford Motor Company, Jerry Carter and A.W. Walls.

                                               s/ Steven D. Hengehold
                                               Steven D. Hengehold   (0030134)