1

1

2

3    UNITED STATES DISTRICT COURT    04 DEC 28 AM 9: 47
     SOUTHERN DISTRICT OF OHIO
2    WESTERN DIVISION

3  EASTSIDE LINCOLN MERCURY, et al.,    :  Docket No. CV 01-567
                                        :
4                        Plaintiffs,    :  Cincinnati, Ohio
                                        :  November 16, 2004
5              versus                   :  10:00 a.m.
                                        :
6  FORD MOTOR COMPANY, et al.,          :
                                        :
7                        Defendants.    :

8                          - - -

9                 EXCERPT OF FINAL PRETRIAL
        BEFORE JUDGES WILLIAM O. BERTELSMAN & SUSAN J. DLOTT
10                 UNITED STATES DISTRICT JUDGES

11                         - - -

   APPEARANCES:
12 For the Plaintiffs:            Alan J. Statman, Esq.
                                  Lawrence A. Flemer, Esq.
13                                Gregory J. Berberich, Esq.
                                  STATMAN, HARRIS, SIEGEL & EYRICH
14                                2900 Chemed Center
                                  255 East Fifth Street
15                                Cincinnati, OH 45202

16 For the Defendants,           Elizabeth A. McNellie, Esq.
   Ford Motor Company,           George Hariston, Esq.
17 Jerry Carter, & AW Walls:     Isaac deVyver, Esq.
                                 BAKER & HOSTETLER
18                               65 E. State St., Suite 2100
                                 Columbus, OH 43215-4260
19
   For the Defendants,           Steven D. Hengehold, Esq.
20 Kenwood Dealer Group, Inc.    RENDIGS, FRY, KIELY & DENNIS LLP
   & Robert Reichert:            900 Fourth & Vine Tower
21                               Five West Fourth Street
                                 Cincinnati, OH 45202
22
   Court Reporter:               JOAN LAMPKE AVERDICK, RMR-CRR
23                               Official Court Reporter
                                 35 W. Fifth Street, Box 1073
24                               Covington, KY 41012
                                 (859) 291-9666
25 Proceedings recorded by mechanical stenography, transcripted via
   computer-aided transcription.

                    JOAN LAMPKE AVERDICK, RMR-CRR
                    OFFICIAL COURT REPORTER