UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eastside Lincoln Mercury, Inc., et al.,
    Plaintiff(s),

v.           Case No. 1:01cv567
        (Watson, J.)

Ford Motor Company, et al.,
    Defendant(s).

**Notice**

Please take notice that the above-captioned case has been set for the following schedule:

1. Jury Instructions[1]: **March 1, 2005**

2. Joint final pretrial order: **March 7, 2005**

3. Final pretrial conference: **March 10, 2005, at 1:30 pm, Room 740**

4. Jury Trial before the Honorable Michael H. Watson: **April 11, 2005, at 9:30 am, courtroom to be determined**

        Michael H. Watson
        United States District Judge


         s/Barbara A. Crum
        Courtroom Deputy

cc:   All Counsel
bac   January 14, 2005

---

[1] You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial and Magistrate Judge by visiting our website at: www.ohsd.uscourts.gov