UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EASTSIDE LINCOLN MERCURY, INC. ET AL., | : | CASE NO. C-1-01-567 |
| | : | |
| Plaintiffs, | : | Judge Susan J. Dlott |
| v. | : | ORDER |
| FORD MOTOR COMPANY, ET AL., | : | |
| Defendants. | : | |

The Court having been advised by Counsel for Plaintiff Eastside Lincoln Mercury that the settlement of this action is not yet fully consummated, but that the parties are working diligently to conclude same, and that the parties expect all issues to be resolved on or before March 31, 2005, and with the agreement of all parties, it is hereby ordered this action shall be maintained on the docket pending further settlement efforts to be concluded by March 31, 2005. The Order of Provisional Dismissal of January 28, 2005 is hereby modified in accordance with this Order.

IT IS SO ORDERED.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge