UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EASTSIDE LINCOLN MERCURY, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. C-1-01-567 |
| | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| FORD MOTOR COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

**FORD DEFENDANTS' MOTION TO RESCHEDULE SETTLEMENT
CONFERENCE SET FOR APRIL 7, 2005**

Defendant, Ford Motor Company ("Ford"), respectfully moves this Court to reschedule the Settlement Conference currently set for April 7, 2005. Ford's Trial Attorney, Elizabeth McNellie, who conducted all settlement negotiations after the January 12th mediation with the Court, will be out of the country from April 1, 2005 through April 10, 2005.

Likewise, Ford's other counsel, Mr. Hairston is out of the State on April 7th, and likewise unable to attend.

Counsel for Ford could attend a conference any day the following week, and respectfully asks that this conference be moved to that week.

Dated:  March 31, 2005                                         Respectfully submitted,


                                                               /s/ Elizabeth A. McNellie
                                                               Elizabeth A. McNellie (0046534)
                                                               BAKER & HOSTETLER LLP
OF COUNSEL:                                                    65 East State Street, Suite 2100
                                                               Columbus, OH  43215-4260
George W. Hairston (0030507)                                   Telephone: (614) 228-1541
Baker & Hostetler LLP                                          Facsimile: (614) 462-2616
65 East State Street, Suite 2100                               E-mail:  emcnellie@bakerlaw.com
Columbus, Ohio  43215

                                                               Trial Attorney for Defendants
                                                               Ford Motor Company, Jerry Carter, and
                                                               A.W. Walls


## CERTIFICATE OF SERVICE

A copy of the foregoing Ford Defendants' Motion to Reschedule Settlement Conference Set for April 7, 2005 was sent electronically and by United States mail, postage prepaid, to Alan J. Statman, Esq., and Gregory J. Berberich, Esq., STATMAN, HARRIS, SIEGEL & EYRICH, LLC, 2900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202, for plaintiffs, and Steven D. Hengehold, Esq., and James J. Englert, Esq., RENDIGS, FRY, KIELY & DENNIS, LLP, 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, Ohio 45202, for defendants Robert C. Reichert and Kenwood Dealer Group, Inc., this 31st day of March, 2005.

                                                               /s/ Elizabeth A. McNellie
                                                               Elizabeth A. McNellie