

*Denied as Moot*
*Susan J. Dlott*
*4/14/05*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

EASTSIDE LINCOLN MERCURY, INC.,   :
et al.,                                                        :
                                                                    :
               Plaintiffs,                     :       Case No. C-1-01-567
                                                                    :
v.                                                                :       Judge Susan J. Dlott
                                                                    :
FORD MOTOR COMPANY, et al.,       :
                                                                    :
               Defendants.                   :

### FORD DEFENDANTS' MOTION TO RESCHEDULE SETTLEMENT CONFERENCE SET FOR APRIL 7, 2005

       Defendant, Ford Motor Company ("Ford"), respectfully moves this Court to reschedule the Settlement Conference currently set for April 7, 2005. Ford's Trial Attorney, Elizabeth McNellie, who conducted all settlement negotiations after the January 12th mediation with the Court, will be out of the country from April 1, 2005 through April 10, 2005.

       Likewise, Ford's other counsel, Mr. Hairston is out of the State on April 7th, and likewise unable to attend.

       Counsel for Ford could attend a conference any day the following week, and respectfully asks that this conference be moved to that week.