IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EASTSIDE LINCOLN MERCURY, INC. et al., | : |
| Plaintiffs, | : Case No. 1:01cv 00567 |
| v. | : Judge Susan Dlott |
| FORD MOTOR COMPANY, et al., | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes Plaintiffs Eastside Lincoln Mercury, Inc. and William F. Woeste, Jr. and Defendants Ford Motor Company, Jerry Carter, A.W. Walls, Robert C. Reichert and Kenwood Dealer Group, Inc., and, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the above-captioned matter with prejudice at Defendants' cost provided, however that this Court retains continuing jurisdiction to resolve any and all claims or controversies concerning enforcement of the parties' Settlement Agreement.

_/s/ Alan J. Statman_
Alan J. Statman (0012045)
STATMAN, HARRIS, SIEGEL
  & EYRICH LLP
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 621-2666

Trial Attorney for Plaintiffs
William F. Woeste, Jr. and
Eastside Lincoln Mercury, Inc.

_/s/ Elizabeth A. McNellie_
Elizabeth A. McNellie (0046534)
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215
(614) 462-2651

Trial Attorney for Defendants
Ford Motor Company, Jerry Carter
and A.W. Walls

_____   /s/ EAM 0046534
Steven D. Hengehold (0030134)    per telephone consent
RENDIGS, FRY, KIELY & DENNIS LLP
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
(513) 381-9200

Trial Attorney for Defendants
Robert C. Reichert and
Kenwood Dealer Group, Inc.

-10-